1

2

3

4

5

6

7

8

9                     UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                           ----oo0oo----

12

13   PEOPLE OF THE STATE OF
     CALIFORNIA, and CITY OF LODI,
14   CALIFORNIA,
                                         NO. CIV. S-00-2441 FCD/JFM
15             Plaintiffs,

16       v.                              ORDER re MEDIATION

17   M & P INVESTMENTS, a
     California Partnership, et
18   al.,

19             Defendants.

20   _____/

21   AND RELATED CROSS-CLAIMS,
     COUNTERCLAIMS, THIRD PARTY
22   CLAIMS AND FOURTH PARTY
     CLAIMS
23
                             ----oo0oo----
24

25       At the request of the mediator, Lester Levy, on April 22,

26   2005, the court makes the following order:

27       Individuals with full settlement authority as to any

28   insurance policies issued by Employers Insurance Company of

     Wausau to Randtron and Oldco Holz, Inc. are ordered to attend a

1  return mediation session relative to the above entitled action at

2  the offices of JAMS, 2 Embarcadero Center, Suite 1100, San

3  Francisco, CA, 94111 on May 4, 2005 at 10:00 a.m.

4      The individual(s) commanded to appear by this order shall be

5  employees of Employers Insurance Company of Wausau with

6  decisional authority to bind these companies and to settle the

7  claims herein.

8      In addition, individuals with full settlement authority for

9  the insurance carriers other than Employers Insurance Company of

10  Wausau, which issued policies of insurance to Randtron and/or

11  Oldco Holz, Inc., and counsel for Randtron and Oldco Holz, Inc.

12  are ordered to attend the mediation session on May 4, 2005 at

13  10:00 a.m.

14      The individuals (other than counsel) commanded to appear by

15  this order shall be employees of said insurance carriers with

16  decisional authority to bind these companies and to settle the

17  claims herein.

18      IT IS SO ORDERED.

19  DATED: April 25, 2005

20

21                              /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, Jr.
22                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2