FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff CITY OF LODI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>               Plaintiff,<br><br>     v.<br><br>M&P INVESTMENTS, et al.,<br><br>               Defendant.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD JFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ALFRED P. ROES; ORDER** |

1  WHEREAS, plaintiff City of Lodi, California ("City") filed Plaintiff's Fourth Amended Complaint in the above action against multiple defendants on January 21, 2005, pursuant to this Court's January 21, 2005 Order.

WHEREAS, the Court, in its Fourth Amended Scheduling Order, dated January 26, 2005, stated that "[a]ll parties are deemed to have filed cross-complaints or counterclaims, as the circumstances warrants, against all other parties within their respective plume or area of contamination, as those plumes or areas of contamination are described in plaintiff's Fourth Amended Complaint."

WHEREAS, on February 23, 2005, the Court entered an Order confirming the City's settlement with the defendants listed in the Busy Bee Plume Area, except for defendants Alfred P. Roes and Theodore Rosen d/b/a Brackett's Garage, and pursuant to that Order dismissed all complaints, counterclaims and cross-complaints concerning those settling parties.

WHEREAS, the City has agreed to settle its claims against Alfred P. Roes, a defendant in the Busy Bee Plume Area.

WHEREAS, pursuant to that settlement agreement, attached as Exhibit A, the City agreed to seek an order dismissing with prejudice defendant Alfred P. Roes from the above-referenced action.

WHEREAS, the City, Alfred P. Roes and Theodore Rosen d/b/a/ Brackett's Garage have stipulated to dismissing with prejudice all claims, cross-complaints or counterclaims against defendant Alfred P. Roes in the above-referenced action.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto that defendant Alfred P. Roes shall be dismissed with prejudice from the above-referenced action.

DATED: April __, 2005          **FOLGER LEVIN & KAHN LLP**

M. Kay Martin
Attorneys for Plaintiff City of Lodi, California

DATED: April __, 2005      **ADAMS NYE SINUNU & WALKER**

_____
James N. Sinunu
Attorneys for Defendant Alfred P. Roes

DATED: April __, 2005      **ISOLA & ASSOCIATES LLP**

_____
David R. Isola
Attorneys for Defendant Theodore H. Rosen d/b/a Brackett's Garage

## ORDER

Based on the foregoing Stipulation, and good cause existing therefore, IT IS HEREBY ORDERED THAT defendant Alfred P. Roes be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: April 25, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

20068\8002\428629.1