Law Offices of
MATHENY SEARS LINKERT & LONG, LLP
ROBERT B. BERRIGAN, SBN 146465
KRISTIN N. BLAKE, SBN 135887
3638 American River Drive
Post Office Box 13711
Sacramento, CA  95853-4711
Telephone:  (916) 978-3434
Facsimile:  (916) 978-3430

Attorneys for Third-Party Defendants
GERALD J. VAN DER LANS and
VAN DER LANS AND SONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA, <br><br>          Plaintiff, <br><br>     vs. <br><br> M & P INVESTMENTS, a California partnership in dissolution; et al., <br><br>          Defendants. <br> _____ <br> AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | NO.   CIV-S-00-2441 FCD (JFM) <br><br> **STIPULATION AND ORDER TO CONTINUE RULE 26 DISCLOSURES DEADLINE AS TO VAN DER LANS** |

    WHEREAS Plaintiff, the City of Lodi and defendants, GERALD VAN DER LANS and VAN DER LANS AND SONS, INC., (collectively "Van der Lans") entered into a settlement in April 2005, which agreement has since been approved by the Lodi City Council;

    WHEREAS, other parties in the South Lodi Area Plume have not reached a settlement with the City of Lodi, thereby necessitating the filing of a motion by Van der Lans for a good faith settlement determination by this Court;

    WHEREAS, Plaintiff and Van der Lans have agreed to a further extension of time as to the deadline for Rule 26 initial disclosures as the same is set forth in the Court's Fourth Amended Scheduling Order entered on January 26, 2005 and thereafter modified by Stipulation and Order entered

on April 13, 2005;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, pursuant to Local Rule 6-142(a) of the Civil Local Rules of this Court, that the deadline for initial Rule 26 disclosures by Van der Lans be continued to August 1, 2005.

SO STIPULATED:

DATED: May 20, 2005            MATHENY SEARS LINKERT & LONG LLP

By: /s/ Kristin N. Blake
KRISTIN N. BLAKE
Attorneys for Defendants
GERALD J. VAN DER LANS and VAN DER LANS AND SONS, INC.

SO STIPULATED:

DATED: May 20, 2005            FOLGER, LEVIN & KAHN, LLP

By: /s/ Margaret R. Dollbaum
MARGARET R. DOLLBAUM
Attorneys for Plaintiff
CITY OF LODI

## ORDER

Based on the foregoing Application and Stipulation, the deadline for initial Rule 26 disclosures, set in the Order entered on April 13, 2005, is vacated with respect to Van der Lans.  Van der Lans is ordered to make its Rule 26 disclosures on or before **August 1, 2005**.

DATED: May 25, 2005            /s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE JUDGE FRANK C. DAMRELL JR.

*Stipulation and Proposed Order to Continue Rule 26 Disclosure Deadline as to Van der Lans*