FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone:  (209) 333-6701
Facsimile:  (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814-4416
Telephone:  (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>          Plaintiff,<br><br>     v.<br><br>M&P INVESTMENTS, et al.<br><br>          Defendants. | Case No. CIV-S-00-2441 FCD JFM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE FOURTH AMENDED COMPLAINT; ORDER** |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | |

1  WHEREAS Plaintiff, City of Lodi ("Lodi") served by mail its Fourth Amended Complaint upon Defendant California Pallet Corporation, a dissolved California corporation, as successor in interest to Tusco Casting, Inc. ("California Pallet Corporation") through its counsel of record, Mayall, Hurley, Knutsen, Smith & Green, on January 31, 2005.

WHEREAS, Lodi and California Pallet Corporation have previously entered into a stipulation extending California Pallet Corporation's time to respond to the Fourth Amended Complaint to and including March 24, 2005.

WHEREAS, Lodi and California Pallet Corporation are currently engaged in settlement negotiations.

WHEREAS, Lodi and California Pallet Corporation have agreed to an additional thirty-day extension of time for California Pallet Corporation to respond to the Fourth Amended Complaint to and including April 25, 2005 in light of ongoing settlement talks.

WHEREAS, Lodi and California Pallet Corporation have again agreed to an additional six-week extension of time for California Pallet Corporation to respond to the Fourth Amended Complaint to and including June 6, 2005 in light of ongoing settlement talks.

WHEREAS, Lodi and California Pallet Corporation have agreed to an additional extension of time for California Pallet Corporation to respond to the Fourth Amended Complaint to and including September 15, 2005 in light of ongoing settlement talks.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the time for California Pallet Corporation to file and serve its response to the Fourth Amended Complaint is extended to and including September 15, 2005.

///
///
///
///
///
///

SO STIPULATED:

DATED: June 3, 2005

**FOLGER LEVIN & KAHN LLP**
Margaret R. Dollbaum
CITY OF LODI, CITY ATTORNEY

/s/
_____
D Stephen Schwabauer
Attorneys for Plaintiff

DATED: June 3, 2005

**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

/s/
_____
Joseph A. Salazar, Jr.
Attorneys for Defendant
California Pallet Corporation

## ORDER

Based on the foregoing Stipulation, and good cause existing therefore, California Pallet Corporation shall file its responsive pleading to the City of Lodi's Fourth Amended Complaint on or before September 15, 2005.

DATED: June 10, 2005      /s/ Frank C. Damrell Jr.
_____
HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

20068\8002\433951.1