FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M&P INVESTMENTS, et al.<br><br>　　　　　Defendants.<br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD JFM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE FOURTH AMENDED COMPLAINT; ORDER** |

WHEREAS Plaintiff, City of Lodi ("Lodi") served by mail its Fourth Amended Complaint upon Defendants Preszler Electric & Pump Service and Richard Preszler, ("Preszler"), on or about February 1, 2005.

WHEREAS, Lodi and Preszler have not previously entered into a stipulation extending Preszler's time to respond to the Fourth Amended Complaint.

WHEREAS, Lodi and Preszler are currently engaged in settlement negotiations focusing upon whether Preszler ever used the chemicals of concern at 816 N. Sacramento Street, Lodi, CA.

WHEREAS, Lodi is performing an investigation concerning whether Preszler has liability for the matters alleged in the complaint and anticipates completing that investigation by late August, 2005.

WHEREAS, Lodi and have again agreed to an extension of time for Preszler to respond to the Fourth Amended Complaint to and including September 15, 2005 in light of ongoing settlement talks.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the time for Preszler to file and serve its response to the Fourth Amended Complaint is extended to and including September 15, 2005.

SO STIPULATED:

DATED: June 15, 2005        **FOLGER LEVIN & KAHN LLP**

s/Margaret R. Dollbaum                .
Margaret R. Dollbaum
Attorneys for Plaintiff

**CITY OF LODI, CITY ATTORNEY**

s/Stephen Schwabauer                .
D. Stephen Schwabauer
Attorneys for Plaintiff

DATED: June 15, 2005        **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

s/Joseph A. Salazar, Jr.                    .
Joseph A. Salazar, Jr.
Attorneys for Defendants
Preszler Electric & Pump Service and Richard Preszler

**ORDER**

Based on the foregoing Stipulation, and good cause existing therefore, Preszler shall file its responsive pleading to the City of Lodi's Fourth Amended Complaint on or before September 15, 2005.

DATED: June 16, 2005        /s/ Frank C. Damrell Jr.        .
_____
HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-   STIPULATION EXTENDING TIME TO RESPOND;
NO. CIV-S-00-2441 FCD JFM