1  FOLGER LEVIN & KAHN LLP
   Margaret R. Dollbaum (SB# 093725)
2  M. Kay Martin (SB# 154697)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   D. Stephen Schwabauer (SB# 173567)
6  City Attorney
   City of Lodi, California
7  221 West Pine Street
   Lodi, CA  95240
8  Telephone:  (209) 333-6701
   Facsimile:  (209) 333-6807
9
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
10 Daniel J. O'Hanlon (SB# 122380)
   Robert E. Murphy (SB# 040981)
11 A Professional Corporation
   400 Capitol Mall, 27th Floor
12 Sacramento, CA  95814-4416
   Telephone:  (916) 321-4500
13 Facsimile:  (916) 321-4555

14 Attorneys for Plaintiff

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18 CITY OF LODI, CALIFORNIA,            Case No. CIV-S-00-2441 FCD JFM

19              Plaintiff,              **FURTHER STIPULATION TO MODIFY
                                        DATES ESTABLISHED IN THE COURT'S
20      v.                              FOURTH AMENDED SCHEDULING
                                        ORDER FOR THE CENTRAL PLUME
21 M&P INVESTMENTS, et al.              TRIAL; ORDER.**

22              Defendants.

23 AND RELATED CROSS-CLAIMS,
   COUNTERCLAIMS, THIRD-PARTY
24 CLAIMS AND FOURTH-PARTY
   CLAIMS.
25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

FURTHER STIPULATION TO MODIFY DATES FOR
CENTRAL PLUME TRIAL; [PROPOSED] ORDER;
CASE NO. CIV-S-00-2441 FCD JFM

WHEREAS, on January 26, 2005, the Court issued the Fourth Amended Scheduling Order for the Central Plume Trial establishing discovery and pre-trial deadlines for Guild Cleaners Inc., Jack Alquist, Estate of Dwight Alquist, Lodi News-Sentinel, Frederick Weybret, Beckman Capital Corp., Beckman & Co., Inc., Odd Fellows Hall Association of Lodi, Inc. and City of Lodi (hereinafter "the Central Plume parties").

WHEREAS, on March 15, 2005, the Court issued an Order to Modify Dates Established in the Court's Fourth Amended Scheduling Order for the Central Plume Trial establishing modified discovery and pre-trial deadlines.

WHEREAS, each of the defendants comprising the Central Plume parties has separately reached settlements with Plaintiff, City of Lodi, through the mediation process with the Court-appointed mediator, Lester Levy.

WHEREAS, Defendants Guild Cleaners Inc., Jack Alquist, and Estate of Dwight Alquist filed a notice of motion and motion with the Court on February 15, 2005 seeking an order approving their settlement with the City of Lodi and barring claims against the settling parties pursuant to CERCLA section 113 and for a determination of good faith settlement pursuant to California Code of Civil Procedure section 877.6.

WHEREAS, on April 6, 2005, the Court issued an Amended Order approving the settlement agreement between Defendants Guild Cleaners Inc., Jack Alquist, and Estate of Dwight Alquist and the City of Lodi provided that the bar on contribution claims and dismissal of claims with prejudice contained in the settlement agreement would be effective only upon the Guild Parties' obtaining covenants not to sue from the Central Valley Regional Water Quality Control Board and the Department of Toxic Substances Control.

WHEREAS, it is anticipated that the remaining defendants comprising the Central Plume parties will soon file similar notices of motion and motions for Court approval of their respective settlements with the City of Lodi.

WHEREAS, the settlements are contingent on the Central Plume parties receiving covenants not to sue from the Department of Toxic Substances Control and the Central Valley Regional Water Quality Control Board.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

FURTHER STIPULATION TO MODIFY DATES FOR
CENTRAL PLUME TRIAL; [PROPOSED] ORDER;
CASE NO. CIV-S-00-2441 FCD JFM

1    WHEREAS, the Central Plume parties are currently in the process of obtaining the

2    approval of the Department of Toxic Substances Control and the Central Valley Regional Water

3    Quality Control Board to each settlement.  The goal of the Central Plume parties is that this

4    process will be completed in the period immediately following the next regularly scheduled

5    meeting of the Central Valley Regional Water Quality Control Board on August 4-5, 2005.

6    WHEREAS, the Central Plume parties now expect that final approval of the settlements

7    by the above-referenced state agencies and the Court will impinge on the Court-ordered deadlines

8    established in the March 15, 2005 Order to Modify Dates Established in the Court's Fourth

9    Amended Scheduling Order for the Central Plume Trial.  To avoid undue litigation expense by

10   complying with these deadlines, the Central Plume parties now seek an order pursuant to Federal

11   Rule of Civil Procedure 16(b) further modifying and extending the deadlines set forth within the

12   Fourth Amended Scheduling Order.  The Central Plume parties propose the schedule be modified

13   as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Discovery Completed | August 1, 2005 | November 18, 2005 |
| Disclosure of Expert Witnesses | August 26, 2005 | December 16, 2005 |
| Expert Discovery Completed | September 23, 2005 | January 9, 2006 |
| Final Date to Hear Dispositive Motions | November 18, 2005 | February 24, 2006 |
| Last Day to File Motions in Limine | November 21, 2005 | TBD by Court |
| Oppositions to Motions in Limine Due | November 28, 2005 | TBD by Court |
| Hearing on Motions in Limine | December 2, 2005 | TBD by Court |
| Final Pre-trial Conference | January 6, 2006 | April 28, 2006 at 1:30 p.m. |
| Central Plume Trial | February 14, 2006 | June 27, 2006 at 9:00 a.m. |

26   ///

27   ///

28   ///

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

FURTHER STIPULATION TO MODIFY DATES FOR
CENTRAL PLUME TRIAL; [PROPOSED] ORDER;
CASE NO. CIV-S-00-2441 FCD JFM

1    **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto that

2    the deadlines established by the Court in the Fourth Amended Scheduling Order for the Central

3    Plume Trial may be further modified as set forth above.

4    DATED:  July 1, 2005                    FOLGER LEVIN & KAHN LLP

5

6                                            /s/ Margaret R. Dollbaum

7                                           Margaret R. Dollbaum
                                            Attorneys for Plaintiff City of Lodi
8

9    DATED:  June 30, 2005                   LAW OFFICE OF LORI J. GUALCO

10

11                                           /s/ Lori J. Gualco (as authorized on 06/30/05)

     LORI J. GUALCO
12                                          Attorneys for Defendants Guild Cleaners, Inc. and
                                            Jack Alquist
13

14   DATED:  June 30, 2005                   DOWNEY BRAND LLP

15

16                                           /s/ Stephen J. Meyer (as authorized on 06/30/05)

     STEPHEN J. MEYER
17                                          Attorneys for Defendants Guild Cleaners, Inc. and
                                            Jack Alquist, and Estate of Dwight Alquist, Deceased
18

19   DATED:  June 29, 2005                   CASSEL, MALM, FAGUNDES LLP

20

21                                           /s/ Scott Malm (as authorized on 06/29/05)

     SCOTT MALM
22                                          Attorneys for Defendants Lodi News-Sentinel and
                                            Frederick Weybret
23

24   DATED:  June 30, 2005                   ISOLA & ASSOCIATES, LLP

25

26                                           /s/ David R. Isola (as authorized on 06/30/05)

     David R. Isola
27                                          Attorneys for Defendant Odd Fellows Hall
                                            Association of Lodi, Inc.
28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-4-

FURTHER STIPULATION TO MODIFY DATES FOR
CENTRAL PLUME TRIAL; [PROPOSED] ORDER;
CASE NO. CIV-S-00-2441 FCD JFM

1    DATED:  June 30, 2005        SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                             /s/ Brett H. Bailey (as authorized on 06/30/05)

4                             BRETT H. BAILEY
                            Attorneys for Defendants Beckman & Co., Inc. and

5                             Beckman Capital Corp.

6    DATED:  June 29, 2005        HAYDEL & ORNELLAS

7

8                             /s/ Douglas A. Haydel (as authorized on 06/29/05)

9                             DOUGLAS A. HAYDEL
                            Attorneys for Defendants Beckman Capital

10                             Corporation and Beckman & Co.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-5-

FURTHER STIPULATION TO MODIFY DATES FOR
CENTRAL PLUME TRIAL; [PROPOSED] ORDER;
CASE NO. CIV-S-00-2441 FCD JFM

ORDER

Based on the foregoing Stipulation, and good cause existing therefore, IT IS HEREBY ORDERED THAT, the dates set forth in the Fourth Amended Scheduling Order for the Central Plume trial are modified to the dates listed above in the Further Stipulation to Modify Dates Established in the Court's Fourth Amended Scheduling Order for the Central Plume Trial.

DATED: July 5, 2005                          /s/ Frank C. Damrell Jr.
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

FURTHER STIPULATION TO MODIFY DATES FOR
CENTRAL PLUME TRIAL; [PROPOSED] ORDER;
CASE NO. CIV-S-00-2441 FCD JFM