FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M&P INVESTMENTS, et al.<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD JFM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY; ORDER.** |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION FOR EXTENSION TO RESPOND TO
WRITTEN DISCOVERY; [PROPOSED] ORDER;
CASE NO. CIV-S-00-2441 FCD JFM

1  WHEREAS Plaintiff, City of Lodi, served by mail its Requests for Production of Documents, Requests for Admissions, and First Set of Interrogatories to Defendants Randtron and Oldco Holz, Inc. through its counsel of record, Gibson, Dunn & Crutcher LLP, on June 3, 2005.

WHEREAS, City of Lodi, Randtron and Oldco Holz, Inc. ("the parties") have agreed to a thirty-four (34) day extension of time for Randtron and Oldco Holz, Inc. to respond to the City of Lodi's Requests for Production of Documents, Requests for Admissions, and First Set of Interrogatories to Defendants Randtron and Oldco Holz, Inc. to and including August 9, 2005.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the time for Randtron and Oldco Holz, Inc. to serve responses to the City of Lodi's Requests for Production of Documents, Requests for Admissions, and First Set of Interrogatories to Defendants Randtron and Oldco Holz, Inc. is extended to and including August 9, 2005.

DATED: July 20, 2005         FOLGER LEVIN & KAHN LLP

 /s/ Margaret R. Dollbaum
Margaret R. Dollbaum
Attorneys for Plaintiff City of Lodi

DATED: July 20, 2005         GIBSON, DUNN & CRUTCHER LLP

/s/ Clifton J. McFarland (as authorized on 07/20/05)
Clifton J. McFarland
Attorneys for Defendants Randtron and Oldco Holz, Inc.

# ORDER

Based on the foregoing Stipulation, and good cause existing therefore, Defendants Randtron and Oldco Holz, Inc. shall serve responses to the City of Lodi's Requests for Production of Documents, Requests for Admissions, and First Set of Interrogatories to Randtron and Oldco Holz, Inc. on or before August 9, 2005.

DATED: July 21, 2005        /s/ Frank C. Damrell Jr            .
                            HON. FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE

20068\8002\451815.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

STIPULATION FOR EXTENSION TO RESPOND TO
WRITTEN DISCOVERY; [PROPOSED] ORDER;
CASE NO. CIV-S-00-2441 FCD JFM