**JAMES M. SOBOLEWSKI, SBN 99559**
**LAW OFFICES OF JAMES M. SOBOLEWSKI**
P.O. Box 189093
Sacramento, California 95818-9093
Telephone: 916/444-5815
Facsimile: 916/444-5815

Attorneys for ESTATE OF ALVIN ALLMENDINGER, DECEASED

# UNITED STATES DISTRICT COURT

# EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; and CITY OF LODI, CALIFORNIA, <br><br> Plaintiff(s), <br><br> vs. <br><br> M&P INVESTMENTS, a California Partnership in Dissolution, et al. <br><br> Defendant(s). | Case No.: CIV-S-00-2441 FCD JFM <br><br> **PROPOSED ORDER RE: SUBSTITUTION OF ATTORNEY** |
| AND RELATED CROSS-CLAIMS, COUNTER-CLAIMS, AND THIRD PARTY CLAIMS | |

The court hereby approves the attached Substitution of Attorney.


Dated: August 2, 2005         /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

**JAMES M. SOBOLEWSKI, SBN 99559**
**LAW OFFICES OF JAMES M. SOBOLEWSKI**
P.O. Box 189093
Sacramento, California 95818-9093
Telephone: 916/444-5815
Facsimile: 916/444-5815

Attorneys for ESTATE OF ALVIN ALLMENDINGER, DECEASED

# UNITED STATES DISTRICT COURT

# EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; and CITY OF LODI, CALIFORNIA, <br><br>              Plaintiff(s), <br><br>    vs. <br><br> M&P INVESTMENTS, a California Partnership in Dissolution, et al. <br><br>              Defendant(s). | Case No.: CIV-S-00-2441 FCD JFM <br><br> **SUBSTITUTION OF ATTORNEY** |
| AND RELATED CROSS-CLAIMS, COUNTER-CLAIMS, AND THIRD PARTY CLAIMS | |

    The law offices of Swanson & Antognini, counsel for the ESTATE OF ALVIN ALLMENDINGER, deceased, Defendant, Cross-Claimant, and Cross-Defendant in this action hereby substitute The Law Offices of James M. Sobolewski as counsel of record in this matter. The address and telephone are:

Law offices of JAMES M. SOBOLEWSKI
P.O. Box 189093
Sacramento, CA 95818-9093
Telephone: 916/444-5815
Facsimile: 916/444-5815
Email: SOBOL748@aol.com

1  |  I consent to this substitution.

2

3  |  Dated: August 1, 2005                    SWANSON & ANTOGNINI

4

5  |                                           By: _____
   |                                           PALMER J. SWANSON

6

7

8  |  I consent to this substitution.

9

10 |  Dated: August 1, 2005                    SWANSON & ANTOGNINI

11

12 |                                           By: _____
13 |                                           JAMES M. SOBOLEWSKI

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*People of the State of California; City of Lodi v M&P Investments, et al.*
United States District Court, Eastern District of California File No.:CIV.S-00-2441 FCD JFM

## PROOF OF SERVICE
### [CCP Section 1013(a); 2015.5]

I am a resident of the United States and the Stated of California. I am employed in the County of Sacramento. I am over the age of 18 and not a party to the within action; my business address is 2880 Gateway Oaks Drive, Suite 150, Sacramento, California 95833.

On the date indicated below I served the foregoing document described as:

### PROPOSED ORDER RE: SUBSTITUTION OF ATTORNEY

on interested parties in this action by placing a true copy in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

√ **VIA U.S. MAIL & ELECTRONIC MAIL [VIA THE COURT]**

I deposited such envelope(s) in the mail at Sacramento, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing of affidavit. (CCP §§ 1012, 1013 and 1013(a)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 1, 2005, at Sacramento, California.

_____
Adrienne M. Martinez

# SERVICE LIST

| | |
|---|---|
| D. Steven Schwabauer, Esq.<br>Interim City Attorney<br>CITY OF LODI<br>221 W. Pine Street<br>Lodi, California 95240<br>209/333-6701<br>FAX: 209/333-6807 | *Counsel for Plaintiffs* |
| Noel Edlin, Esq.<br>Andrew Nelson, Esq.<br>WALSWORTH, FRANKLIN,<br>    BEVINS & MCCALL<br>550 Montgomery Street, 8th Floor<br>San Francisco, California 94111-2534<br>415/781-7072<br>FAX: 415/391-6258<br>anelson@wfbm.com | *Liaison Counsel – South Central Area* |
| Edward R. Hugo, Esq.<br>BRYDON, HUGO & PARKER<br>135 Main Street, 20th Floor<br>San Francisco, California 94105 | *Counsel for Connie DeWalt Scott* |
| Mr. Herman C. Weber<br>Ms. Ida P. Weber<br>CAIN ELECTRICAL WORKS<br>205 N. Church Street<br>Lodi, California 95240<br>209/369-9536 | *In Propria Persona* |
| George D. Yaron, Esq.<br>YARON & ASSOCIATES<br>111 Pine Street, 12th Floor<br>San Francisco, California 94111-5617<br>415/658-2929<br>FAX: 415/658-2930 | *Counsel for Lodi Chrome* |
| Stephen H. McClain, Esq.<br>KIRKLAND & ELLIS<br>777 S. Figueroa Street, 37th Floor<br>Los Angeles, California 90071<br>213/687-8400<br>FAX: 213/680-8500 | *Counsel for Cable Design Technologies, Inc.* |
| David George Knitter, Esq.<br>J. Erick Dimalanta, Esq.<br>GAW, VAN MALE, SMITH & MYERS<br>1261 Travis Boulevard, Suite 350<br>Fairfield, California 94533<br>707/425-1250<br>FAX: 707/425-1255 | *Counsel for Thomas Gundershaug, Gundershaug Electric & Estate of Norval Gundershaug, Deceased* |

| | |
|---|---|
| David L. Bird, Esq.<br>Allan O. Walsh, Esq.<br>MCKAY, BURTON & THURMAN<br>170 S. Main Street, Suite 800<br>Salt Lake City, UT 84101<br>801/521-4135<br>FAX: 801/521-4252 | *Counsel for Harman Managers Investment Ltd.* |
| Mr. Michael Norris<br>3718 Wood Duck Circle<br>Stockton, California 95207 | *In Propria Persona* |
| Robert D. Nelson, Esq.<br>LAW OFFICES OF ROBERT D. NELSON<br>4008 Cayente Way<br>Sacramento, California 95864-3042<br>916/483-8205<br>FAX: 916/244-2789 | *Counsel of Fred Lewis & Jeanne Lewis* |
| James V. DeMera, III, Esq.<br>MULLEN, SULLIVAN & NEWTON<br>1111 W. Tokay Street<br>Lodi, California 95204<br>209/334-5144<br>FAX: 209/333-1034 | *Counsel for Holz Rubber Company, Inc.* |
| Douglas L. Day, Esq.<br>BERGER, KAHN<br>P.O. Box 92621<br>Los Angeles, California 90009-9998<br>310/821-9000<br>FAX: 310/578-6178 | *Counsel for Odd Fellows Hall Association of Lodi, Inc.* |
| Peter Hsiao, Esq.<br>MORRISON & FOERSTER<br>555 W. 5th Street, Suite 3500<br>Los Angeles, California 90013-1024<br>213/892-5200<br>FAX: 213/892-5454 | *Counsel for American Stores Properties, Inc. and Lucky Stores, Inc.* |
| Daryl Blake Katcher, Esq,<br>LAW OFFICES OF DARYL B. KATCHER<br>3415 American River Drive, Suite D<br>Sacramento, California 95864<br>916/972-1791<br>FAX: 916/972-1856 | *Counsel for Alfred P. Roes dba Busy Bee Laundry* |
| Donald A. Robinson, Esq.<br>ATTORNEY GENERAL'S OFFICE<br>Department of Justice<br>300 S. Spring Street, 5th Floor<br>Los Angeles, California 90013-1204 | *Courtesy Copy* |