Law Offices of
MATHENY SEARS LINKERT & LONG, LLP
ROBERT B. BERRIGAN, SBN 146465
KRISTIN N. BLAKE, SBN 135887
3638 American River Drive
Post Office Box 13711
Sacramento, CA  95853-4711
Telephone:  (916) 978-3434
Facsimile:  (916) 978-3430

Attorneys for Defendants
GERALD J. VAN DER LANS and
VAN DER LANS AND SONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CITY OF LODI, CALIFORNIA,

        Plaintiffs,

        vs.

M & P INVESTMENTS, a California
partnership in dissolution; et al.,

        Defendants.

AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND THIRD-PARTY CLAIMS.

NO.   CIV-S-00-2441 FCD (JFM)

**ORDER APPROVING SETTLEMENT AND BARRING ALL CONTRIBUTION, INDEMNITY, AND OTHER CLAIMS AGAINST THE CITY OF LODI AND VAN DER LANS PARTIES PURSUANT TO CERCLA §113 AND THE UNIFORM COMPARATIVE FAULT ACT AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER CALIFORNIA LAW [CODE OF CIVIL PROCEDURE § 877.6]**

Date:           September 23, 2005
Time:           10:00 a.m.
Courtroom:   2
Judge:          Hon. Frank C. Damrell, Jr.

     The City of Lodi (the "City") and defendants Gerald J. Van der Lans and Van der Lans & Sons, Inc. (collectively, the "Van der Lans Defendants") have reached a final settlement of this matter.  After considering the Van der Lans Defendants' Motion for Order Approving Settlement and Barring Contribution, Indemnity, and other Claims pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") § 113 and the Uniform Comparative Fault Act and for Determination of Good Faith Settlement Under California Law ("Motion"), any response

1

*Order Approving Settlement and Barring Contribution Claims*

thereto, and the record as a whole, the Court finds that the settlement, as embodied in the Settlement

Agreement and Mutual Release ("Settlement Agreement") set forth in Exhibit "A" to the Declaration

of Kristin N. Blake in Support of the Van der Lans Defendants' Motion, was made in good faith

within the meaning of California Code of Civil Procedure Section 877.6, and is fair, reasonable, and

consistent with the purposes of CERCLA, 42 U.S.C. § 9601, *et seq.*.

The matter having been briefed and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the Van der Lans Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that:

1.    The Settlement Agreement is hereby approved as a good faith settlement.

2.    Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in

pertinent part, is hereby adopted as the federal common law in this case for the purpose of

determining the legal effect of the Settlement Agreement.

3.    The Court further finds and determines that the Settlement Agreement has been

entered into in good faith within the meaning of Sections 877 and 877.6 of the California Code of

Civil Procedure.

4.    Pursuant to Section 6 of UCFA and Section 877.6 of the California Code of Civil

Procedure, any and all claims for contribution or indemnity against the Van der Lans Defendants, as

defined in the Settlement Agreement, arising out of the facts alleged in the Fourth Amended

Complaint filed by the City, and as further identified and provided for in the Settlement Agreement,

the terms of which are incorporated herein, regardless of when such claims were asserted or by

whom, are barred.   Such claims are barred regardless of whether they are brought pursuant to

CERCLA or pursuant to any other federal or state law.

5.    All claims asserted by the City against the Van der Lans Defendants are hereby

dismissed with prejudice.

6.    All claims asserted by the Van der Lans Defendants against the City are hereby

dismissed with prejudice.

7.    The bar on contribution claims and dismissal of claims with prejudice as set forth

above in paragraphs 4, 5, and 6, shall be effective upon the Van der Lans Defendants obtaining

1   Covenants Not to Sue from the Department of Toxic Substances Control and the Regional Water

2   Quality Control Board and notification to the court of the same.

3        IT IS SO ORDERED.

4   DATED:   September 13, 2005

5

6                                     By:   /s/ Frank C. Damrell Jr.
                                            HON. FRANK C. DAMRELL, JR.
7                                           UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Order Approving Settlement and Barring Contribution Claims*