UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>        Plaintiff,<br><br>    v.<br><br>M&P INVESTMENTS, et al.<br><br>        Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD JFM<br><br>**ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS, INDEMNITY, AND OTHER CLAIMS AGAINST ODD FELLOWS HALL ASSOCIATION PURSUANT TO CERCLA § 113 AND THE UNIFORM COMPARATIVE FAULT ACT AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER CALIFORNIA LAW [CALIFORNIA CODE OF CIVIL PROCEDURE § 877.6]** |

       The City of Lodi (the "City") and Defendant Odd Fellows Hall Association of Lodi, Inc. ("Odd Fellows") have reached a final settlement of this matter. After consideration of Odd Fellows Motion for Order Approving Settlement and Barring Contribution, Indemnity and Other Claims Pursuant to CERCLA § 113 and the Uniform Comparative Fault Act and for Determination of Good Faith Settlement Under California Law ("Odd Fellows Motion"), and the City's Joinder thereto, and the record as a whole, the Court finds that the settlement, as embodied in the Settlement Agreement and Release ("Settlement Agreement") set forth in Exhibit "A" to

the Declaration of David R. Isola in support of Odd Fellows Motion, was made in good faith within the meaning of California Code of Civil Procedure section 877.6 and is fair, reasonable and consistent with the purposes of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq.*

The matter having been briefed and submitted for decision, and good cause appearing:

IT IS HEREBY ORDERED THAT Odd Fellows Motion be GRANTED.

IT IS FURTHER ORDERED that

1. The Settlement Agreement is hereby approved as a good faith settlement.

2. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purpose of determining the legal effect of the Settlement Agreement.

3. The Court further finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of Section 877 and 877.6 of the California Code of Civil Procedure.

4. Pursuant to Section 6 of UCFA and Section 877.6 of the California Code of Civil Procedure, any and all claims for contribution or indemnity against Odd Fellows, as defined in the Settlement Agreement, arising out of the facts alleged in the Fourth Amended Complaint in this action filed by the City, and as further identified and provided for in the Settlement Agreement, the terms of which are incorporated herein, regardless of when such claims were asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law.

5. All claims asserted by the City against Odd Fellows are hereby dismissed with prejudice.

6. All claims asserted by Odd Fellows against the City are hereby dismissed with prejudice.

7. The bar on contribution claims and dismissal of claims with prejudice as set forth above in paragraphs 4, 5, and 6 shall be effective upon Odd Fellows obtaining covenants not to sue and contribution bars from the Department of Toxic Substances Control and the Regional

1  Water Quality Control Board and notification to the Court of the same.

2      IT IS SO ORDERED

3

4  DATED: November 4, 2005        /s/ Frank C. Damrell Jr     .
                                          Hon. Frank C. Damrell, Jr.
                                          United States District Court Judge