UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; and CITY OF LODI, CALIFORNIA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>M & P INVESTMENTS, a California partnership in dissolution; et al;<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD (JFM)<br><br>**ORDER APPROVING SETTLEMENT OF DEFENDANTS FREDERICK WEYBRET AND LODI NEWS-SENTINEL AND CITY OF LODI AND BARRING CONTRIBUTION CLAIMS, INDEMNITY, AND OTHER CLAIMS PURSUANT TO CERCLA §113 AND THE UNIFORM COMPARATIVE FAULT ACT AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER CALIFORNIA LAW [CALIFORNIA CODE OF CIVIL PROCEDURE §877.6]** |

　　　　The City of Lodi (the "City") and defendants Lodi-News Sentinel and Frederick Weybret ("Lodi News-Sentinel Defendants") have reached a final settlement of this matter. After consideration of the Lodi News-Sentinel Defendants' Motion for Order Approving Settlement and Barring Contribution, Indemnity, and Other Claims Pursuant to CERCLA § 113 and the Uniform Comparative Fault Act and for Determination of Good Faith Settlement Under California Law ("Motion"), the City's Joinder thereto, and the record as a whole, the Court finds that the settlement, as embodied in the Settlement Agreement and Mutual Release ("Settlement Agreement") set forth in Exhibit "A" to the Declaration of Scott Malm in Support of the Lodi News-Sentinel Defendants' Motion, was made in good faith within the meaning of California Code of Civil Procedure section

877.6 and is fair, reasonable, and consistent with the purposes of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, *et seq.*

The matter having been briefed and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the Lodi News-Sentinel Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that:

1. The Settlement Agreement is hereby approved as a good faith settlement.
2. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purpose of determining the legal effect of the Settlement Agreement.
3. The Court further finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of Sections 877 and 877.6 of the California Code of Civil Procedure.
4. Pursuant to Section 6 of UCFA and Section 877.6 of the California Code of Civil Procedure, any and all claims for contribution or indemnity against the Lodi News-Sentinel Defendants, as defined in the Settlement Agreement, arising out of the facts alleged in the Fourth Amended Complaint in this action filed by the City, and as further identified and provided for in the Settlement Agreement, the terms of which are incorporated herein, regardless of when such claims asserted or by whom, are barred.  Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law.
5. All claims asserted by the City against the Lodi News-Sentinel Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 21, 2005.                   /s/ Frank C. Damrell Jr.
                                            HON. FRANK C. DAMRELL, JR.,
                                            JUDGE OF THE UNITED STATES DISTRICT COURT