1 David R. Isola, Esq. State Bar #150311
2 Frederick Doyle Graham, Esq. State Bar #217033
  ISOLA & ASSOCIATES, LLP
3 701 South Ham Lane, Second Floor
  Lodi, California 95242
4 Telephone 209 367-7055
  Facsimile 209 367-7056
5
6 Attorneys for Defendant,
  THEODORE H. ROSEN, d/b/a BRACKETT'S GARAGE
7
8
                **IN THE UNITED STATES DISTRICT COURT**
9
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11
| CITY OF LODI, CALIFORNIA, | ) Case No.: CIV.S-00-2441 FCD JFM |
|---|---|
| Plaintiff, | ) **ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS, INDEMNITY, AND OTHER CLAIMS AGAINST THE CITY AND THEODORE H. ROSEN, d/b/a BRACKETT'S GARAGE PURSUANT TO CERCLA § 113 AND THE UNIFORM COMPARATIVE FAULT ACT AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER CALIFORNIA LAW [CALIFONRIA CODE OF CIVIL PROCEDURE § 877.6]** |
| v. | |
| M & P INVESTMENTS, a California Partnership in Dissolution; *et al*., | |
| Defendants. | |
| | Date: February 10, 2006 |
| | Time: 10:00 a.m. |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS | Courtroom: 2 |
| | Judge: Frank C. Damrell, Jr. |

The City of Lodi (the "City") and defendant THEODORE H. ROSEN, d/b/a BRACKETT'S GARAGE ("Brackett") have reached a final settlement of this matter. After consideration of Brackett's Motion for Order Approving settlement and Barring Contribution, Indemnity, and Other Claims Pursuant to CERCLA § 113 and the Uniform Comparative Fault Act and for Determination of Good Faith Settlement Under California Law ("Motion"), the

City's Joinder thereto, and the record as a whole, the Court finds that the settlement, as embodied in the Settlement Agreement and Mutual Release ("Settlement Agreement") set forth in Exhibit "A" to the Declaration of David R. Isola in Support of Brackett's Motion, was made in good faith within the meaning of California Code of Civil Procedure section 877.6 and is fair, reasonable, and consistent with the purposes of the Comprehensive Environmental response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, *et seq.*

The matter having been briefed, and submitted for decision, and good cause appearing.

IT IS HEREBY ORDERED that Brackett's Motion be GRANTED.

IT IS FURTHER ORDERED that:

1. The Settlement Agreement is hereby approved as a good faith settlement.

2. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purpose of determining the legal effect of the Settlement Agreement.

3. The Court further finds and determines that the Settlement Agreement has been entered into in good faith with the meaning of Section 887 and 877.6 of the California Code of Civil Procedure.

4. Pursuant to Section 6 of UCFA and Section 877.6 of the California Code of Civil Procedure, any and all claims for contribution or indemnity against the City and Brackett's, arising out of the facts alleged in the Fourth Amended Complaint in this action filed by the City, and as further identified and provided for in the Settlement Agreement, the terms of which are incorporated herein, regardless of when such claims were asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law.

5. All claims asserted by the City against Brackett's are hereby dismissed with prejudice.

/ / /

/ / /

/ / /

1  IT IS SO ORDERED.

3  Dated: January 31, 2006

4  By.  /s/Frank C. Damrell, Jr.
     HON. FRANK C. DAMRELL, JR.
5    UNITED STATES DISTRICT JUDGE