UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M&P INVESTMENTS, et al.<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD JFM<br><br>**ORDER GRANTING PLAINTIFF CITY OF LODI'S MOTION TO MODIFY DATES ESTABLISHED IN THE COURT'S FOURTH AMENDED SCHEDULING ORDER (NORTHERN, WESTERN AND SOUTHERN PLUME TRIAL) PURSUANT TO RULE 16(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

　　　　This matter comes before the court on Plaintiff City of Lodi's motion for an order modifying the dates established in the Fourth Amended Scheduling Order (Northern, Western and Southern Plume Trial), filed January 26, 2005, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.  The court, having considered the papers filed in support of the motion and the various statements of non-opposition thereto, for good cause shown, hereby makes the following Order:

　　　　The dates established in the Fourth Amended Scheduling Order (Northern, Western and Southern Plume Trial) are modified as follows:

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

|  | Deadline |
|---|---|
| Discovery Completed | March 7, 2007 |
| Disclosure of Expert Witnesses | January 4, 2007 |
| Expert Discovery Completed | February 23, 2007 |
| Final Date to Hear Dispositive Motions | May 11, 2007 |
| Last Day to File Motions in Limine | June 1, 2007 |
| Oppositions to Motions in Limine Due | June 11, 2007 |
| Hearing on Motions in Limine | June 22, 2007 at 10:00 a.m. |
| Final Pre-trial Conference | July 20, 2007 at 1:30 p.m. |
| Trial | September 25, 2007 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: April 7, 2006

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Judge

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-