FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
Jolie-Anne S. Ansley (SB# 221526)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>        Plaintiff,<br><br>    v.<br><br>M&P INVESTMENTS, et al.<br><br>        Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD JFM<br><br>**ORDER GRANTING PLAINTIFF CITY OF LODI'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR A LIMITED STAY OF DISCOVERY AS TO NORTHERN PLUME PARTIES** |

Based on the papers submitted, including the opposition by Cable Design Technologies, and good cause appearing, the Court grants Plaintiff City of Lodi's *Ex Parte* Application for Order Shortening Time for Hearing on Motion for a Limited Stay of Discovery as to Northern Plume Parties as follows:

    a.    Plaintiff City Of Lodi's Motion for a Limited Stay of Discovery as to Northern Plume Parties shall be set for hearing on May 19, 2006 at 10:00 a.m. in Courtroom 2 of this Court;

    b.    Any opposition must be filed and served by electronic mail or facsimile on May 12, 2006.

    c.    Any reply shall be filed and served by electronic mail or facsimile on May 15, 2006.

**IT IS SO ORDERED**

DATED: May 9, 2006

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Judge

20068\8002\495278.1