UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CITY OF LODI, CALIFORNIA,

        Plaintiff,

   v.

M & P INVESTMENTS, a California Partnership, <u>et al.</u>,

        Defendants.
_____ /

AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD PARTY CLAIMS AND FOURTH PARTY CLAIMS

NO. CIV. S-00-2441 FCD/JFM

<u>ORDER GRANTING LIMITED DISCOVERY STAY – NORTHERN PLUME</u>

----oo0oo----

    The court has reviewed plaintiff the City of Lodi's motion for a limited stay of discovery[1] as to the Northern Plume

---

[1] Pursuant to the Minute Order of May 9, 2006, the court granted plaintiff's ex parte application to hear the instant motion on shorten time. However, the court finds that oral argument will not be of material assistance and therefore orders
(continued...)

parties, Northern Plume defendant Belden CDT's opposition thereto,[2] and the various statements of non-opposition to the motion by other Northern Plume defendants and good cause appearing, IT IS HEREBY ORDERED:

> that discovery be stayed with respect to the Northern Plume and among the parties associated therewith until sixty (60) days following the upcoming Northern Plume mediation, but not to extend beyond August 15, 2006.

Fed. R. Civ. P. 16 and 26(c).

Said stay is merited in order to enable the Northern Plume parties to continue focusing limited resources on the characterization of the site and on resolution of the litigation through mediation, which is set to continue on June 6, 2006. This limited stay is reasonable under the pre-trial deadlines established by the Fourth Amended Scheduling Order (Northern, Western and Southern Plume Trial), as modified on April 10, 2006 and does not prejudice any party's ability to prepare for trial, currently set for September 25, 2007.  Given the court's and the parties' interest in efficiently and cost-effectively resolving the parties' liability through mediation, the court finds that

---

[1](...continued)
the matter submitted on the briefs.  See E.D. Cal. Local Rule 78-230(h).

[2]     On April 26, 2006, CDT served the City with Interrogatories, Requests for Production of Documents, and an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68; CDT also noticed a deposition for June 14, 2006 of the person most knowledgeable from the City on a variety of topics.  Under Federal Rules of Civil Procedure 33 and 34, the City's written responses are due May 26, 2006.  Prior to filing the instant motion, the City asked Belden CDT to withdraw the discovery pending mediation or, in the alternative, grant the City an extension of sixty (60) days to respond.  Belden CDT refused and opposes plaintiff's instant motion.

good exists for granting plaintiff its requested relief.[3]

IT IS SO ORDERED.

DATED: May 16, 2006

                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL, Jr.
                                          UNITED STATES DISTRICT JUDGE

---

[3] Upon the conclusion of said stay of discovery, should any Northern Plume party find it necessary to extend the presently set pre-trial and trial dates, it may so move the court, and the court will consider the impact of the instant stay on the proceedings. Fed. R. Civ. P. 16.

3