1  FOLGER LEVIN & KAHN LLP
   Margaret R. Dollbaum (SB# 093725)
2  M. Kay Martin (SB# 154697)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   D. Stephen Schwabauer (SB# 173567)
6  City Attorney
   City of Lodi, California
7  221 West Pine Street
   Lodi, CA  95240
8  Telephone:  (209) 333-6701
   Facsimile:  (209) 333-6807
9
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
10 Daniel J. O'Hanlon (SB# 122380)
   Robert E. Murphy (SB# 040981)
11 A Professional Corporation
   400 Capitol Mall, 27th Floor
12 Sacramento, CA  95814-4416
   Telephone:  (916) 321-4500
13 Facsimile:  (916) 321-4555

14 Attorneys for Plaintiff

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18 CITY OF LODI, CALIFORNIA,            Case No. CIV-S-00-2441 FCD JFM

19              Plaintiff,              **STIPULATION TO FURTHER MODIFY
                                        DATES ESTABLISHED IN THE COURT'S
20      v.                             FOURTH AMENDED SCHEDULING
                                        ORDER (NORTHERN, WESTERN &
21 M&P INVESTMENTS, et al.             SOUTHERN PLUME TRIAL) AND
                                        EXTEND THE CURRENT DISCOVERY
22              Defendants.            STAY FOR THE NORTHERN PLUME
                                        AREA; ORDER.**
23

24 AND RELATED CROSS-CLAIMS,
   COUNTERCLAIMS, THIRD-PARTY
25 CLAIMS AND FOURTH-PARTY
   CLAIMS.
26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1     WHEREAS, on January 26, 2005, the Court issued its Fourth Amended Scheduling Order

2     for the Northern, Western, & Southern Plume Trial establishing discovery and pre-trial deadlines

3     which was subsequently modified by Order of this Court on April 7, 2006.

4     WHEREAS, Plaintiff City of Lodi has made substantial progress in reaching settlements

5     with all of the Southern Plume defendants;

6     WHEREAS, certain Western Plume defendants (the Newfield parties, the Lewis parties,

7     the Norge parties, the Service Laundry parties, Harman Managers Investment Ltd.,

8     R. Spiekerman, the Bollinger parties, and the Bader parties) and the City of Lodi have been

9     engaged in investigation efforts of the Western Plume area that should lead to resolution by

10     settlement for these parties.

11     WHEREAS, certain Northern Plume defendants (the Gundershaug parties; Lustre-Cal

12     Nameplate Corporation; the Ackel parties; Wright Motors; the Ehlers parties; the Weil Motors

13     parties; Elizabeth Benson, as Trustee of the Nancy Lee Benson Revocable Living Trust; and Lodi

14     Chrome) and the City of Lodi continue to engage in joint investigation efforts of the Northern

15     Plume area;

16     WHEREAS, the Northern Plume defendants and the City of Lodi have recently met and

17     conferred on several occasions under the auspices of Court-appointed mediator Lester Levy of

18     JAMS concerning a proposal for further site investigation and characterization with the goal of

19     reaching settlements between the parties without further litigation.

20     WHEREAS, discovery is currently stayed as to Northern Plume parties by order of this

21     Court dated May 16, 2006 until August 7, 2006.

22     WHEREAS, to allow the Northern Plume parties additional time to finalize a proposal for

23     further site investigation and characterization, with the aid of mediator Lester Levy, and to avoid

24     undue litigation expense by complying with the deadlines established in the Court's Fourth

25     Amended Scheduling Order (Northern, Western & Southern Plume Trial), the Parties now seek

26     an order extending the current discovery stay as to the Northern Plume parties, and pursuant to

27     Federal Rule of Civil Procedure 16(b), modifying and extending the deadlines set forth within the

28     / / /

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1   Fourth Amended Scheduling Order for 60 days.  The Parties propose the schedule be modified as

2   follows:

3 |                                              | Current Date         | Proposed Date        |
|----------------------------------------------|----------------------|----------------------|
| Discovery relating to Northern Plume stayed through and including | August 7, 2006       | October 10, 2006     |
| Discovery Completed                          | March 7, 2007        | May 4, 2007          |
| Disclosure of Expert Witnesses               | January 4, 2007      | March 5, 2007        |
| Expert Discovery Completed                   | February 23, 2007    | April 24, 2007       |
| Final Date to Hear Dispositive Motions       | May 11, 2007         | July 13, 2007        |
| Last Day to File Motions in Limine           | June 1, 2007         | August 3, 2007       |
| Oppositions to Motions in Limine Due         | June 11, 2007        | August 13, 2007      |
| Hearing on Motions in Limine                 | June 22, 2007        | August 24, 2007      |
| Final Pre-trial Conference                   | July 20, 2007        | September 21, 2007   |
|                                              | at 1:30 p.m.         | at 1:30 p.m.         |
| Trial                                        | September 25, 2007   | November 27, 2007    |
|                                              | at 9:00 a.m.         | at 9:00 a.m.         |

17           **THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties hereto that

18   the deadlines established by the Court in the Fourth Amended Scheduling Order (Northern,

19   Western & Southern Plume Trial) may be further modified as set forth above.

20

21

22   DATED:  August 8, 2006                FOLGER LEVIN & KAHN LLP

23

24                                                    /s/ Margaret R. Dollbaum
                                          _____
25                                        Margaret R. Dollbaum
                                          Attorneys for Plaintiff City of Lodi

26

27

28

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-3-

STIP. TO FURTHER MODIFY DATES (NORTHERN, WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED] ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1    DATED: _____, 2006          BARG COFFIN LEWIS & TRAPP LLP

2

3    _____

4                                       JON ENSCOE
                                        MORGAN GILHULY
5                                       SERGIO BORGIOTTI
                                        Attorneys for Defendants Lustre-Cal Nameplate Corp.

6
     DATED: _____, 2006          SOMACH, SIMMONS & DUNN, PC
7

8

9    _____
                                        MICHAEL ELDON VERGARA
10                                      KANWARJIT SINGH DUA
                                        Attorneys for Defendants Ackel Investment Co.,
11                                      Charles Ackel, Northridge Mills, Inc., and William
                                        Ackel as Administrator of the Estate of Norma Ackel,
12                                      as Trustee of the Norma Ackel Trust, and as Trustee of
                                        the August Ackel Trust

13
     DATED: August 8, 2006             MAYALL HURLEY KNUTSEN SMITH & GREEN
14

15
                                                    /s/ Joseph A. Salazar, Jr.
16   _____
                                        JOSEPH A. SALAZAR, JR.
17                                      Attorneys for Defendants California Pallet
                                        Corporation, as successor to Tusco Casting, Inc.,
18                                      Preszler Electric & Pump Service and Richard Preszler

19   DATED: August 8, 2006             ISOLA & ASSOCIATES, LLP

20

21
                                                    /s/ David R. Isola
22   _____
                                        DAVID R. ISOLA
                                        Attorneys for Defendants Lodi Dodge Chrysler
23                                      Plymouth, Inc., Weil Family Trust, Estate of Jack M.
                                        Weil, Deceased, Wright Motors, Inc., Ehlers Auto,
24                                      Theodore H. Rosen (d/b/a Brackett's Garage), Joseph
                                        K. Newfield and Judith L. Newfield, Ehlers Holding,
25                                      Inc. (d/b/a Loren Ehlers Auto Service), Loren Ehlers
                                        and Mercedes Ehlers, Jerome Bookin, Hazel Houston,
26                                      Rand Jeffrey Spraggins and Mildred Phyllis Spraggins,
                                        Tokay Foundry Corp., a dissolved California
27                                      corporation, Jan Odland and Carol Odland, and Virgil
                                        Froemke and Marjorie Froemke

28

1   DATED: _____, 2006          LAW OFFICES OF ROBERT C. GOODMAN

2

3
                                     _____
4                                    ROBERT C. GOODMAN
                                     ANN M. BLESSING
                                     Attorneys for Defendant Elizabeth Benson, as Trustee
5                                    of the Nancy Lee Benson Revocable Living Trust

6   DATED: August 8, 2006            YARON & ASSOCIATES

7

8                                    _____/s/ Kathleen Friedlander_____
                                     GEORGE D. YARON, JR.
9                                    KATHLEEN FRIEDLANDER
                                     Attorneys for Defendant Lodi Chrome
10

11  DATED: _____, 2006          LAW OFFICES OF ROBERT D. NELSON

12

13
                                     _____
                                     ROBERT D. NELSON
14                                   Attorney for Defendants Fred Lewis and Jeanne Lewis

15  DATED: _____, 2006          SEDGWICK DETERT MORAN & ARNOLD

16

17
                                     _____
                                     SCOTT D. MROZ
18                                   BRETT H. BAILEY
                                     Attorneys for Defendant Kayser-Roth Corporation
19  DATED: _____, 2006          SMITH MCFADDEN LLP

20

21
                                     _____
22                                   DOUGLAS L. SMITH
                                     Attorneys for Defendants James J. Babcock and
23                                   Service Laundry & Dry Cleaners

24  DATED: _____, 2006          MULLEN, SULLIVAN & NEWTON, LLP

25

26
                                     _____
                                     JAMES V. DEMERA, III
27                                   Attorneys for Defendant Holz Rubber Company, Inc.

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-5-          STIP. TO FURTHER MODIFY DATES (NORTHERN,
             WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
             ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1   DATED: _____, 2006          GAW VAN MALE SMITH, MYERS & MIROGLIO

2

3                                    _____

4                                    TERESA A. CUNNINGHAM, ESQ.
                                     Attorneys for Defendants Thomas Gundershaug,
                                     Gundershaug Electric, and Estate of Norval
5                                    Gundershaug, Deceased

6   DATED: _____, 2006          LAW OFFICES OF DARYL B. KATCHER

7

8                                    _____

9                                    DARYL BLAKE KATCHER
                                     Attorneys for Defendants Thomas Gundershaug,
                                     Gundershaug Electric, and Estate of Norval
10                                   Gundershaug, Deceased

11  DATED: August 8, 2006            WALSWORTH FRANKLIN BEVINS & MCCALL,
                                     LLP
12

13

                                              /s/ Andrew Nelson
14                                   _____
                                     ANDREW NELSON
15                                   Attorneys for Defendants Robert O. Bader, Estate of
                                     Harry L. Bader, Deceased, and Marjorie Bader

16  DATED: August 8, 2006            FREEMAN D'AIUTO PIERCE GURVE & KEELING

17

18                                            /s/ Thomas H. Keeling
                                     _____
19                                   THOMAS H. KEELING
                                     Attorneys for Defendants Paul Mariani, Delano
20                                   Gotelli, and Victor Leonardini

21  DATED: _____, 2006          LAW OFFICE OF K. ROBERT FOSTER

22

23                                   _____

24                                   K. ROBERT FOSTER
                                     Attorney for Defendant Robert Spiekerman

25

26

27

28

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1    DATED: August 8, 2006          MCKAY BURTON & THURMAN

2

3                                          /s/ David L. Bird
                                   _____
4                                  DAVID L. BIRD
                                   Attorneys for Defendant Harman Managers
                                   Investment, Ltd.
5
6    DATED: _____, 2006        MORRISON & FOERSTER LLP

7

8                                  _____
                                   ROBIN S. STAFFORD
9                                  PETER HSIAO
                                   Attorneys for Defendants American Stores Properties,
                                   Inc. and Lucky Stores, Inc.
10
11   DATED: _____, 2006

12

13                                 _____
                                   MICHAEL NORRIS
                                   In Propria Persona
14   DATED: _____, 2006        ADAMS EDWARDS & WELCH

15

16

17                                 _____
                                   JOHN WELCH
                                   Attorneys for Defendants Herman C. Weber, Ida P.
18                                 Weber, and Cain Electrical Works
19   DATED: _____, 2006        HANSON BRIDGETT MARCUS VLAHOS RUDY
                                   LLP
20

21

22                                 _____
                                   MICHAEL L. F. BUCK
                                   Attorneys for Defendants Peter P. Bollinger
23                                 Investment Co., A California Limited Partnership;
                                   Michael Bollinger, as Trustee of the Peter P. Bollinger
24                                 Ten Year G.R.I.T; Michael Bollinger, as Trustee of the
                                   Peter P. Bollinger Irrevocable Living Trust,
25                                 Agreement No. One Dated January 1, 1980; and Peter
                                   P. Bollinger, an Individual
26

27

28

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1    DATED: _____, 2006

2

3                                              _____
                                               SPIVAK-BOLLINGER DEVELOPMENT CO.
4                                              In Propria Persona

     DATED: August 8, 2006                     FARELLA BRAUN & MARTEL LLP
5

6
                                                             /s/ James H. Colopy
7                                              _____
                                               JAMES A. BRUEN
8                                              JAMES H. COLOPY
                                               RUTH ANN CASTRO
9                                              Attorneys for Defendants General Electric Capital
                                               Corporation, successor in interest to General Electric
10                                             Credit Corporation

11   DATED: _____, 2006                   GIBSON DUNN & CRUTCHER

12

13                                             _____
                                               CLIFTON J. MCFARLAND
14                                             DANIEL S. FLOYD
                                               Attorneys for Defendants Randtron, Holz Rubber
15                                             Company and Oldco Holz, Inc.

16   DATED: _____, 2006                   MATHENY SEARS LINKERT & LONG, LLP

17

18                                             _____
                                               KRISTIN N. BLAKE
19                                             Attorneys for Defendants Gerald J. Van Der Lans and
                                               Van Der Lans and Sons, Inc.
20   DATED: _____, 2006                   BRYDON, HUGO & PARKER

21

22

23                                             _____
                                               EDWARD R. HUGO
                                               Attorneys for Defendant Connie DeWalt Scott
24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1  DATED: _____, 2006          LAW OFFICES OF MICHAEL R. NORTON

2

3                                    _____
4                                    MICHAEL R. NORTON
                                     Attorney for Defendants San Joaquin Sulphur
                                     Company, Ralph A. Burlington, and Bruce A.
5                                    Burlington and Norma J. Burlington

6  DATED: August 8, 2006            KIRKLAND & ELLIS LLP

7

8                                            /s/ Damian Capozzola
                                     _____
9                                    DAMIAN CAPOZZOLA
                                     RICHARD K. WELSH
                                     Attorneys for Defendants Super Mold Corporation and
10                                   Cable Design Technologies, Inc.

11  DATED: _____, 2006          LAPLANTE SPINELLI DONALD

12

13                                   _____
14                                   JONATHAN R. MARZ
                                     Attorneys for Defendant Lodi Unified School District

15  DATED: _____, 2006          JAMES R. DODDS & ASSOCIATES

16

17                                   _____
18                                   JAMES DODDS
                                     Attorneys for Defendants Hertha Katzakian, Phil
                                     Katzakian, and Lodi Printing Co.
19
20  DATED: _____, 2006

21

22                                   _____
                                     ROBERT LEE
                                     Attorneys for Defendant Siu Yin Kong
23  DATED: _____, 2006

24

25                                   _____
26                                   LOUVERNA HARRISON
                                     In Propria Persona

27

28

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1  DATED: _____, 2006          BRYDON HUGO & PARKER

2

3                                   _____
                                    PAUL BESSETTE
4                                   Attorneys for Defendant Dolores Grace

5  DATED: _____, 2006

6

7                                   _____
                                    LODI AVENUE CENTERS LIMITED
8                                   PARTNERSHIP
                                    In Propria Persona

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-10-

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
ORDER; CASE NO. CIV-S-00-2441 FCD JFM

1

**O R D E R**

2

3         Based on the foregoing Stipulation, and good cause existing therefore, IT IS HEREBY

4   ORDERED THAT, the dates set forth in the Fourth Amended Scheduling Order (Northern,

5   Western & Southern Plume Trial) are modified to the dates listed above in the Stipulation to

6   Further Modify Dates Established in the Court's Fourth Amended Scheduling Order (Northern,

7   Western & Southern Plume Trial).

8

9

10   DATED: August 8, 2006                    /s/ Frank C. Damrell Jr.

11                                            FRANK C. DAMRELL, JR.

12                                            UNITED STATES DISTRICT JUDGE

13

14   20068\8002\507379.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-11-

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); [PROPOSED]
ORDER; CASE NO. CIV-S-00-2441 FCD JFM