James A. Bruen (State Bar No. 43880)
James H. Colopy (State Bar No. 172806)
Ruth Ann Castro (State Bar No. 209448)
Farella Braun & Martel LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
GENERAL ELECTRIC CAPITAL CORPORATION,
successor in interest to GENERAL ELECTRIC
CREDIT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; and CITY OF LODI, CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>M & P INVESTMENTS, a California Partnership in Dissolution; et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS, AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD JFM<br><br>**ORDER APPROVING SETTLEMENT AND CONTRIBUTION PROTECTION**<br><br>Date: August 18, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 2<br>Judge: Frank C. Damrell, Jr. |

      The City of Lodi (the "City"), Defendant General Electric Capital Corporation, successor in interest to General Electric Credit Corporation ("GE Capital"), and Defendant Harman Managers Investment, Ltd. ("Harman Managers") have entered into a settlement of this matter. After consideration of GE Capital's Motion for Order Approving Settlement and Contribution Protection ("GE Capital's Motion"), and the Joinders of the City and Harman Managers thereto, and the record as a whole, the Court finds that the settlement, as embodied in the Settlement Agreement and Release ("Settlement Agreement") set forth in Exhibit "A" to the Declaration of Ruth Ann Castro in support of GE Capital's Motion, was made in good faith within the meaning of California Code of Civil Procedure section 877.6 and is fair, reasonable and consistent with the

purposes of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq.*

The matter having been briefed and submitted for decision, and good cause appearing:

IT IS HEREBY ORDERED THAT GE Capital's Motion be GRANTED.

IT IS FURTHER ORDERED that

1. The Court finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of Section 877 and 877.6 of the California Code of Civil Procedure.

2. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purpose of determining the legal effect of the Settlement Agreement.

3. Pursuant to Section 6 of UCFA and Section 877.6 of the California Code of Civil Procedure, any and all claims for contribution or indemnity against GE Capital, as defined in the Settlement Agreement, arising out of the facts alleged in the Fourth Amended Complaint filed by the City and in the Third-Party Cross-Complaint filed by Harman Managers, and as further identified and provided for in the Settlement Agreement, the terms of which are incorporated herein, regardless of when such claims were asserted or by whom, are barred.  Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law.

4. Any and all claims asserted by the City, by Harman Managers, or by any other party against GE Capital are hereby dismissed with prejudice.

IT IS SO ORDERED

DATED: August 11, 2006          /s/ Frank C. Damrell Jr.
                                UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400