UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, and CITY OF LODI, CALIFORNIA,<br><br>    Plaintiffs,<br><br>  v.<br><br>M & P INVESTMENTS, a California Partnership, et al.,<br><br>    Defendants.<br>_____/<br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD PARTY CLAIMS AND FOURTH PARTY CLAIMS<br>_____/ | NO. CIV. S-00-2441 FCD/JFM<br><br><br>ORDER re MEDIATION |

----oo0oo----

    At the request of the mediator, Lester Levy, the court makes the following order:

    Individuals with full settlement authority as to any insurance policies issued to Lustre-Cal Nameplate Corporation, including any policies issued by Insurance Company of North America/ACE, Fireman's Fund Insurance Company, Great American Insurance Company, Truck Insurance Exchange and The Hartford are ordered to attend a mediation session relative to the

1  above entitled action at the offices of JAMS, 2 Embarcadero Center, San Francisco, California,
2  94111 on Friday, November 10, 2006 at 9:00 a.m.
3      The individual(s) commanded to appear by this order shall be managerial employees of
4  their respective companies with complete decisional authority to bind these companies and to
5  settle the claims herein.
6  IT IS SO ORDERED.
7  DATED: November 1, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE