UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, and CITY OF LODI, CALIFORNIA, | |
| Plaintiffs, | NO. CIV. S-00-2441 FCD/JFM |
| v. | ORDER re MEDIATION |
| M & P INVESTMENTS, a California Partnership, et al., | |
| Defendants. | |
| _____/ | |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD PARTY CLAIMS AND FOURTH PARTY CLAIMS | |

----oo0oo----

At the request of the mediator, Lester Levy, the court makes the following order:

Individuals with full settlement authority as to any insurance policies issued to Lodi Printing by Hanover Insurance

1 Company and any member of the CNA-related Insurance Companies are
2 ordered to attend a mediation session relative to the above-
3 entitled action at JAMS, Two Embarcadero Center, San Francisco,
4 California, 94111 on Monday, November 13, 2006 at 9:00 a.m.
5    The individual(s) commanded to appear by this order shall be
6 managerial employees of their respective companies with complete
7 decisional authority to bind these companies and to settle the
8 claims herein.
9    IT IS SO ORDERED.
10 DATED: November 3, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE