1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, and CITY OF LODI, CALIFORNIA, | |
| | NO. CIV. S-00-2441 FCD/JFM |
| Plaintiffs, | |
| v. | ORDER re MEDIATION |
| M & P INVESTMENTS, a California Partnership, et al., | |
| Defendants. | |
| _____/ | |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD PARTY CLAIMS AND FOURTH PARTY CLAIMS | |

----oo0oo----

At the request of the mediator, Lester Levy, the court makes the following order:

Individuals with full settlement authority as to any insurance policies issued to Loren Ehlers/Ehlers Auto by National

1  Union Fire Insurance Company, Hanover Insurance Company, Royal
2  Insurance Company, Fireman's Fund Insurance Company, Sequoia
3  Insurance Company, Allied Insurance Company, and The Travelers
4  Group are ordered to attend a mediation session relative to the
5  above-entitled action at JAMS, Two Embarcadero Center, San
6  Francisco, California, 94111 on Monday, November 13, 2006 at
7  9:00 a.m.
8       The individual(s) commanded to appear by this order shall be
9  managerial employees of their respective companies with complete
10 decisional authority to bind these companies and to settle the
11 claims herein.
12      IT IS SO ORDERED.
13 DATED: November 3,

                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE