UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PEOPLE OF THE STATE OF CALIFORNIA, and CITY OF LODI, CALIFORNIA,

        Plaintiffs,

   v.

M & P INVESTMENTS, a California Partnership, et al.,

        Defendants.
_____/

AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD PARTY CLAIMS AND FOURTH PARTY CLAIMS

NO. CIV. S-00-2441 FCD/JFM

ORDER re MEDIATION

----oo0oo----

    At the request of the mediator, Lester Levy, the court makes the following order:

    Individuals with full settlement authority as to any insurance policies issued to Wright Motors by Allstate Insurance

1  Company are ordered to attend a mediation session relative to the
2  above-entitled action at JAMS, Two Embarcadero Center, San
3  Francisco, California, 94111 on Monday, November 13, 2006 at
4  9:00 a.m.
5     The individual(s) commanded to appear by this order shall be
6  managerial employees of their respective companies with complete
7  decisional authority to bind these companies and to settle the
8  claims herein.
9     IT IS SO ORDERED.
10 DATED: November 3, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE