UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PEOPLE OF THE STATE OF CALIFORNIA, and CITY OF LODI, CALIFORNIA,

    Plaintiffs,

  v.

M & P INVESTMENTS, a California Partnership, et al.,

    Defendants.
_____/

AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD PARTY CLAIMS AND FOURTH PARTY CLAIMS

NO. CIV. S-00-2441 FCD/JFM

**Corrected**
ORDER re MEDIATION
(* annotates correction)

----oo0oo----

    At the request of the mediator, Lester Levy, the court makes the following order:

    Individuals with full settlement authority as to any insurance policies issued to Lustre-Cal Nameplate Corporation,

including any policies issued by Insurance Company of North America/ACE, Fireman's Fund Insurance Company, Great American Insurance Company, Truck Insurance Exchange and The Hartford are ordered to attend a mediation session relative to the above entitled action at the offices of JAMS, 2 Embarcadero Center, Suite 1500, San Francisco, California, 94111 on *Wednesday, November 29, 2006 at 9:00 a.m.

The individual(s) commanded to appear by this order shall be managerial employees of their respective companies with complete decisional authority to bind these companies and to settle the claims herein.

IT IS SO ORDERED.

DATED: November 27, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE