FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M&P INVESTMENTS, et al.,<br><br>　　　　　Defendants. | Case No. CIV-S-00-2441 FCD JFM<br><br>**ORDER PURSUANT TO STIPULATION TO FURTHER MODIFY DATES ESTABLISHED IN THE COURT'S FOURTH AMENDED SCHEDULING ORDER (NORTHERN, WESTERN & SOUTHERN PLUME TRIAL) AND TEMPORARILY STAY DISCOVERY** |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | |

///

1    WHEREAS, on January 26, 2005, the Court issued its Fourth Amended Scheduling Order
2    for the Northern, Western, & Southern Plume Trial establishing discovery and pre-trial deadlines,
3    which was subsequently modified by Order of this Court on August 8, 2006.
4    WHEREAS, Plaintiff City of Lodi is currently finalizing settlements with the remaining
5    Southern Plume Defendants.
6    WHEREAS, certain Northern Plume Defendants (the Gundershaug parties; Lustre-Cal
7    Nameplate Corporation; the Ackel parties; Wright Motors; the Ehlers parties; the Weil Motors
8    parties; Elizabeth Benson, as Trustee of the Nancy Lee Benson Revocable Living Trust; and Lodi
9    Chrome) and the City of Lodi have concluded joint investigation efforts of the Northern Plume
10   area.
11   WHEREAS, the City of Lodi and Northern Plume Defendants have been engaged in
12   ongoing mediations under the auspices of Court-appointed mediator Lester J. Levy of JAMS.  As
13   a result of these mediations, the City has reached tentative settlements with many of the Northern
14   Plume Defendants, and is in the process of finalizing the settlement agreements.  With further
15   mediations currently scheduled, the City is hopeful that it will soon achieve a global settlement of
16   the Northern Plume.
17   WHEREAS, the City of Lodi and certain South Central/Western Plume defendants
18   (the Newfield parties, the Lewis parties, the Norge parties, the Service Laundry parties, Harman
19   Managers Investment Ltd., R. Spiekerman, the Bollinger parties, and the Bader parties) have
20   recently completed joint investigation efforts of the South Central/Western Plume area.
21   WHEREAS, the City of Lodi intends to initiate settlement negotiations with Defendants in
22   the South Central/Western Plume, including formal mediations under the auspices of Court-
23   appointed mediator Lester J. Levy of JAMS, in the next few weeks.
24   WHEREAS, to allow for the completion of mediations and finalization of settlement
25   agreements with Northern Plume Defendants, to facilitate settlement negotiations with the South
26   Central/Western Plume Defendants, and to avoid undue litigation expense by complying with the
27   deadlines established in the Court's Fourth Amended Scheduling Order (Northern, Western &
28   Southern Plume Trial), the Parties now seek an order staying discovery through and including

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

March 30, 2007 and, pursuant to Federal Rule of Civil Procedure 16(b), modifying and extending the deadlines set forth within the Fourth Amended Scheduling Order, as previously modified, for 6 months. The Parties propose the schedule be modified as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Discovery Stay |  | March 30, 2007 |
| Discovery Completed | May 4, 2007 | November 9, 2007 |
| Disclosure of Expert Witnesses | March 5, 2007 | September 10, 2007 |
| Expert Discovery Completed | April 24, 2007 | October 30, 2007 |
| Final Date to Hear Dispositive Motions | July 13, 2007 | January 25, 2008 |
| Last Day to File Motions in Limine | August 3, 2007 | February 8, 2008 |
| Oppositions to Motions in Limine Due | August 13, 2007 | February 25, 2008 |
| Hearing on Motions in Limine | August 24, 2007 | March 7, 2008 at 10:00 a.m. |
| Final Pre-trial Conference | September 21, 2007 at 1:30 p.m. | April 4, 2008 at 1:30 p.m. |
| Trial | November 27, 2007 at 9:00 a.m. | June 10, 2008 at 9:00 a.m. |

**O R D E R**

Pursuant to the Stipulation above and filed December 13, 2006 with all parties concurrence, the court hereby finds good cause and STAYS all discovery through and including March 30, 2007 and the deadlines established by the Court in the Fourth Amended Scheduling Order (Northern, Western & Southern Plume Trial) may be further modified as set forth above.

DATED:  December 14, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE