IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA and CITY OF LODI, CALIFORNIA,<br><br>      Plaintiffs,<br><br>vs.<br><br>M & P INVESTMENTS, a California Partnership in Dissolution, et al.,<br><br>      Defendants.<br>_____/<br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS, AND FOURTH-PARTY CLAIMS.<br>_____/ | No. CIV S-00-2441 FCD JFM<br><br><br><br><br><br><br><br>    ORDER |

      The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: December 14, 2006.

                        /s/ John F. Moulds
                        UNITED STATES MAGISTRATE JUDGE

/lodi.rec