JAMES V. DE MERA III--#139994
TRENTON M. DIEHL--#238724
MULLEN, SULLIVAN & NEWTON, LLP
Attorneys at Law
P.O. Box 560
1111 W. Tokay Ave.
Lodi, CA 95240
(209) 334-5144
(209) 333-1034 (fax)

Attorneys for Defendants, HOLZ RUBBER COMPANY, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA, et al., | NO. CIV-S-00-2441 FCD KJM |
| Plaintiffs, | |
| vs. | ORDER APPROVING SETTLEMENT AND BARRING ALL CONTRIBUTION, INDEMNITY, AND OTHER CLAIMS AGAINST THE CITY OF LODI AND HOLZ RUBBER COMPANY, INC., PURSUANT TO *CERCLA* §113 AND THE *UNIFORM COMPARATIVE FAULT ACT* AND FOR DETERMINATION OF GOOD-FAITH SETTLEMENT UNDER CALIFORNIA LAW |
| HOLZ RUBBER COMPANY, INC., et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

      The City of Lodi, (hereinafter referred to as the "City,") and defendant, Holz Rubber Company, Inc. (hereinafter referred to as "New Holz,"), have reached a final settlement of this matter. After considering New Holz' Motion for Order Approving Settlement and Barring Contribution, Indemnity, and other Claims pursuant to the *Comprehensive Environmental Response, Compensation, and Liability Act* ("*CERCLA*") §113 and the *Uniform Comparative Fault Act* and for Determination of Good-Faith Settlement Under California Law

MULLEN, SULLIVAN
& NEWTON, LLP
ATTORNEYS AT LAW
1111 W. TOKAY STREET
P. O. BOX 560
LODI, CA 95241-0560
(209) 334-5144
(209) 333-1034 (FAX)

("Motion"), any response thereto, and the record as a whole, the Court finds that the settlement, as embodied in the Settlement Agreement and Mutual Release ("Settlement Agreement") attached as Exhibit "A" to the Declaration of James V. DeMera III in Support of New Holz' Motion, was made in good-faith within the meaning of California *Code of Civil Procedure* Section 877.6, and is fair, reasonable, and consistent with the purposes of *CERCLA*, 42 *U.S.C.* §9601, *et seq.*

The matter having been briefed and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that New Holz' Motion is granted.

IT IS FURTHER ORDERED that:

1. The Settlement Agreement is hereby approved as a good-faith settlement.

2. Section 6 of the *Uniform Comparative Fault Act* (*UCFA*), 12 *U.L.A.* 147 (1996), in pertinent part, is hereby adopted as the federal common law in this cause for the purpose of determining the legal effect of the Settlement Agreement.

3. The Court further finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of Sections 877 and 877.6 of the California *Code of Civil Procedure.*

4. Pursuant to Section 6 of *UCFA* and Section 877.6 of the California *Code of Civil Procedure*, any and all claims for contribution or indemnity against New Holz, as defined in the Settlement Agreement, arising out of the facts alleged in the Fourth Amended Complaint filed by the City, and as further identified and provided for in the Settlement Agreement, the terms of which are incorporated herein, regardless of when such claims were asserted or

MULLEN, SULLIVAN
& NEWTON, LLP
ATTORNEYS AT LAW
1111 W. TOKAY STREET
P. O. BOX 560
LODI, CA 95241-0560
(209) 334-5144
(209) 333-1034 (FAX)

by whom, are barred.  Such claims are barred regardless of whether they are brought pursuant to *CERCLA* or pursuant to any other federal or state law.

     5.   All claims asserted by the City against New Holz are hereby dismissed with prejudice.

     6.   All claims asserted by New Holz against the City are hereby dismissed with prejudice.

     IT IS SO ORDERED.

DATED: August 30, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

MULLEN, SULLIVAN
& NEWTON, LLP
ATTORNEYS AT LAW
1111 W. TOKAY STREET
P. O. BOX 560
LODI, CA 95241-0560
(209) 334-5144
(209) 333-1034 (FAX)

3

Order Approving Settlement and Barring all Contribution, Etc.