1   FOLGER LEVIN & KAHN LLP
    Margaret R. Dollbaum (SB# 093725)
2   Jolie-Anne S. Ansley (SB# 221526)
    Embarcadero Center West
3   275 Battery Street, 23rd Floor
    San Francisco, CA  94111
4   Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
5
    D. Stephen Schwabauer (SB# 173567)
6   City Attorney
    City of Lodi, California
7   221 West Pine Street
    Lodi, CA  95240
8   Telephone:  (209) 333-6701
    Facsimile:  (209) 333-6807
9
    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
10  Daniel J. O'Hanlon (SB# 122380)
    Robert E. Murphy (SB# 040981)
11  A Professional Corporation
    400 Capitol Mall, 27th Floor
12  Sacramento, CA  95814-4416
    Telephone:  (916) 321-4500
13  Facsimile:  (916) 321-4555

14  Attorneys for Plaintiff

15               UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18  CITY OF LODI, CALIFORNIA,              Case No. 2:00-cv-2441 FCD KJM

19                Plaintiff,               **STIPULATION TO FURTHER MODIFY
                                           DATES ESTABLISHED IN THE
20         v.                              COURT'S FOURTH AMENDED
                                           SCHEDULING ORDER (NORTHERN,
21  M&P INVESTMENTS, et al.,               WESTERN & SOUTHERN PLUME
                                           TRIAL); ORDER**
22                Defendants.

23

24  AND RELATED CROSS-CLAIMS,             **"AS MODIFIED"**
    COUNTERCLAIMS, THIRD-PARTY
25  CLAIMS AND FOURTH-PARTY CLAIMS.

26

27         WHEREAS, on January 26, 2005, the Court issued its Fourth Amended Scheduling Order

28  for the Northern, Western, & Southern Plume Trial establishing discovery and pre-trial deadlines,

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); ORDER;
CASE NO. CIV-S-00-2441 FCD KJM

1  which was subsequently modified by Order of this Court on August 8, 2006, and on December

2  14, 2006.

3       WHEREAS, Plaintiff City of Lodi is currently finalizing settlements with the remaining

4  Southern Plume Defendant (Randtron).

5       WHEREAS, certain Northern Plume Defendants (the Gundershaug parties; Lustre-Cal

6  Nameplate Corporation; the Ackel parties; Wright Motors; the Ehlers parties; the Weil Motors

7  parties; Elizabeth Benson, as Trustee of the Nancy Lee Benson Revocable Living Trust; and Lodi

8  Chrome) and the City of Lodi have concluded joint investigation efforts of the Northern Plume

9  area.

10      WHEREAS, the City of Lodi and Northern Plume Defendants have been engaged in

11  ongoing mediations under the auspices of Court-appointed mediator Lester J. Levy of JAMS.  As

12  a result of these mediations, the City has reached tentative settlements with many of the Northern

13  Plume Defendants, and is in the process of finalizing the settlement agreements.  The City

14  believes it will soon achieve a near-global settlement of the Northern Plume and will shortly

15  submit a motion for approval of settlements for at least 14 groups of parties.

16      WHEREAS, the City of Lodi and certain South Central/Western Plume defendants

17  (the Newfield parties, the Lewis parties, the Norge parties, the Service Laundry parties, Harman

18  Managers Investment Ltd., R. Spiekerman, the Bollinger parties, and the Bader parties) have

19  completed joint investigation efforts of the South Central/Western Plume area.

20      WHEREAS, the City of Lodi and South Central/Western Plume Defendants have been

21  engaged in ongoing mediations under the auspices of Court-appointed mediator Lester J. Levy of

22  JAMS.  As a result of these mediations, the City has reached tentative settlements with many of

23  the South Central/Western Plume Defendants, and is in the process of finalizing several

24  settlement agreements.

25      WHEREAS, to allow for the completion of settlement agreements with Northern Plume

26  and South Central/Western Plume Defendants, and to avoid undue litigation expense by

27  complying with the deadlines established in the Court's Fourth Amended Scheduling Order

28  (Northern, Western & Southern Plume Trial), the Parties now seek an order pursuant to Federal

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); ORDER;
CASE NO. CIV-S-00-2441 FCD KJM

Rule of Civil Procedure 16(b) modifying and extending the deadlines set forth within the Fourth Amended Scheduling Order, as previously modified, for 4 months.  The Parties propose the schedule be modified as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Discovery Completed | November 9, 2007 | March 7, 2008 |
| Disclosure of Expert Witnesses | September 10, 2007 | January 11, 2008 |
| Expert Discovery Completed | October 30, 2007 | March 4, 2008 |
| Final Date to Hear Dispositive Motions | January 25, 2008 | May 23, 2008 |
| Last Day to File Motions in Limine | February 8, 2008 | June 13, 2008 |
| Oppositions to Motions in Limine Due | February 25, 2008 | June 30, 2008 |
| Hearing on Motions in Limine | March 7, 2008 at 10:00 a.m. | July 11, 2008 at 10:00 a.m. |
| Final Pre-trial Conference | April 4, 2008 at 1:30 p.m. | August 1, 2008 at 1:30 p.m. |
| Trial | June 10, 2008 at 9:00 a.m | October 7, 2008 at 9:00 a.m |

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties hereto that the deadlines established by the Court in the Fourth Amended Scheduling Order (Northern, Western & Southern Plume Trial) may be further modified as set forth above.

DATED:  September 5, 2007          FOLGER LEVIN & KAHN LLP


                                   _____
                                   /s/ Margaret R. Dollbaum
                                   Margaret R. Dollbaum
                                   Attorneys for Plaintiff City of Lodi

1   DATED:  September 5, 2007          BARG COFFIN LEWIS & TRAPP LLP

2

3                                                    /s/ JON ENSCOE
                                       _____
4                                      JON ENSCOE
                                       R. MORGAN GILHULY
                                       SERGIO BORGIOTTI
5                                      Attorneys for Defendant Lustre-Cal Nameplate Corp.

6   DATED:  _____, 2007        SOMACH, SIMMONS & DUNN, PC

7

8                                      _____
                                       MICHAEL ELDON VERGARA
9                                      KANWARJIT SINGH DUA
                                       Attorneys for Defendants Ackel Investment Co.,
10                                     Charles Ackel, Northridge Mills, Inc., and William
                                       Ackel as Administrator of the Estate of Norma Ackel,
11                                     as Trustee of the Norma Ackel Trust, and as Trustee of
                                       the August Ackel Trust
12

13  DATED:  _____, 2007        MAYALL HURLEY KNUTSEN SMITH & GREEN

14

15                                     _____
                                       J. ANTHONY ABBOTT
16                                     Attorneys for Defendants California Pallet
                                       Corporation, as successor to Tusco Casting, Inc.,
17                                     Preszler Electric & Pump Service and Richard Preszler

18  DATED:  _____, 2007        ROGERS JOSEPH O'DONNELL

19

20                                     _____
                                       ROBERT C. GOODMAN
21                                     ANN M. BLESSING
                                       Attorneys for Defendant Elizabeth Benson, as Trustee
22                                     of the Nancy Lee Benson Revocable Living Trust

23  DATED:  September 5, 2007          MULLEN, SULLIVAN & NEWTON, LLP

24

25                                               /s/ JAMES V. DEMERA, III
                                       _____
26                                     JAMES V. DEMERA, III
                                       Attorneys for Defendant Holz Rubber Company, Inc.

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW
                                       -4-        STIP. TO FURTHER MODIFY DATES (NORTHERN,
                                                  WESTERN & SOUTHERN PLUME TRIAL); ORDER;
                                                  CASE NO. CIV-S-00-2441 FCD KJM

1   DATED:  September 5, 2007          YARON & ASSOCIATES

2

3                                          /s/ KATHLEEN FRIEDLANDER
                                      _____
4                                     GEORGE D. YARON, JR.
                                      KATHLEEN FRIEDLANDER
5                                     Attorneys for Defendant Lodi Chrome

6   DATED:  _____, 2007        SEDGWICK DETERT MORAN & ARNOLD

7

8                                     _____
9                                     SCOTT D. MROZ
                                      MATTHEW G. DUDLEY
10                                    Attorneys for Defendant Kayser-Roth Corporation

11  DATED:  _____, 2007        CAULFIELD, DAVIES & DONAHUE

12

13                                    _____
14                                    JAMES R. DONAHUE
                                      Attorneys for Defendants James J. Babcock and
15                                    Service Laundry & Dry Cleaners

16  DATED:  _____, 2007        SMITH & ASSOCIATES, INC.

17

18                                    _____
19                                    DOUGLAS L. SMITH
                                      Attorneys for Defendants James J. Babcock and
20                                    Service Laundry & Dry Cleaners

21  DATED:  September 5, 2007          LAW OFFICE OF K. ROBERT FOSTER

22

23                                          /s/ K. ROBERT FOSTER
                                      _____
24                                    K. ROBERT FOSTER
                                      Attorney for Defendant Robert Spiekerman

25  DATED:  September 5, 2007

26
                                          /s/ by THOMAS H. KEELING
27                                    _____
                                      MICHAEL NORRIS
28                                    In Propria Persona

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-5-                 STIP. TO FURTHER MODIFY DATES (NORTHERN,
                    WESTERN & SOUTHERN PLUME TRIAL); ORDER;
                    CASE NO. CIV-S-00-2441 FCD KJM

1  DATED:  September 5, 2007          FREEMAN, D'AIUTO, PIERCE, GUREV, KEELING
2                                     & WOLF

3
                                      _____
                                              /s/ THOMAS H. KEELING
4                                     THOMAS H. KEELING
                                      Attorneys for Defendants Paul Mariani, Delano
5                                     Gotelli, and Victor Leonardini

6  DATED:  _____, 2007       GIBSON DUNN & CRUTCHER

7

8                                     _____
9                                     DANIEL S. FLOYD
                                      Attorneys for Defendants Randtron, Holz Rubber
10                                    Company and Oldco Holz, Inc.

11 DATED:  September 5, 2007          WALSWORTH FRANKLIN BEVINS & MCCALL,
                                      LLP
12

13
                                      _____
                                               /s/ ANDREW NELSON
14                                    ANDREW NELSON
                                      Attorneys for Defendants Robert O. Bader, Estate of
15                                    Harry L. Bader, Deceased, and Marjorie Bader

16 DATED:  September 5, 2007          GAW VAN MALE SMITH MYERS & MIROGLIO

17

18                                    _____
                                          /s/ TERESA A. CUNNINGHAM, ESQ.
19                                    TERESA A. CUNNINGHAM, ESQ.
                                      Attorneys for Defendants Thomas Gundershaug,
20                                    Gundershaug Electric, and Estate of Norval
                                      Gundershaug, Deceased

21 DATED:  _____, 2007       LAW OFFICES OF DARYL B. KATCHER

22

23
                                      _____
24                                    DARYL BLAKE KATCHER
                                      Attorneys for Defendants Thomas Gundershaug,
25                                    Gundershaug Electric, and Estate of Norval
                                      Gundershaug, Deceased

26

27

28

1    DATED: _____, 2007          ADAMS EDWARDS & WELCH P.C.

2

3                                          _____
                                           JOHN WELCH
4                                          Attorneys for Defendants Herman C. Weber, Ida P.
                                           Weber, and Cain Electrical Works
5

6    DATED: _____, 2007

7                                          _____
                                           LODI AVENUE CENTERS LIMITED
8                                          PARTNERSHIP
                                           In Propria Persona
9

10   DATED: _____, 2007

11

12                                         _____
                                           ROBERT LEE
13                                         Attorney for Defendant Siu Yin Kong

14   DATED: _____, 2007          MCKAY BURTON & THURMAN

15

16                                         _____
                                           DAVID L. BIRD
17                                         Attorneys for Defendant Harman Managers
                                           Investment, Ltd.
18

19   DATED: September 5, 2007               MATHENY SEARS LINKERT & LONG, LLP

20

21                                         _____/s/ KRISTIN N. BLAKE_____
                                           KRISTIN N. BLAKE
22                                         ROBERT B. BERRIGAN
                                           Attorneys for Defendants Gerald J. Van Der Lans and
23                                         Van Der Lans and Sons, Inc.

24   DATED: _____, 2007

25

26                                         _____
                                           SPIVAK-BOLLINGER DEVELOPMENT CO.
27                                         In Propria Persona

28

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); ORDER;
CASE NO. CIV-S-00-2441 FCD KJM

1    DATED:  September 5, 2007          HANSON BRIDGETT MARCUS VLAHOS RUDY
                                        LLP
2

3
                                        _____
4                                           /s/ ELI R. MAKUS
                                        ELI R. MAKUS
                                        Attorneys for Defendants Peter P. Bollinger
5                                       Investment Co., A California Limited Partnership;
                                        Michael Bollinger, as Trustee of the Peter P. Bollinger
6                                       Ten Year G.R.I.T; Michael Bollinger, as Trustee of the
                                        Peter P. Bollinger Irrevocable Living Trust,
7                                       Agreement No. One Dated January 1, 1980; and Peter
                                        P. Bollinger, an Individual
8

9    DATED:  _____, 2007

10

11                                      _____
                                        LOUVERNA HARRISON
                                        In Propria Persona
12

13   DATED:  September 5, 2007          LAPLANTE SPINELLI DONALD

14

15                                      _____
                                            /s/ DOMENIC SPINELLI
                                        JONATHAN R. MARZ
16                                      Attorneys for Defendant Lodi Unified School District

17   DATED:  September 5, 2007          LAW OFFICES OF MICHAEL R. NORTON

18

19                                      _____
                                            /s/ MICHAEL R. NORTON
                                        MICHAEL R. NORTON
20                                      Attorney for Defendants San Joaquin Sulphur
                                        Company, Ralph A. Burlington, and Bruce A.
21                                      Burlington and Norma J. Burlington

22   DATED:  _____, 2007      EPSTEIN BECKER & GREEN, P.C.

23

24
                                        _____
25                                      DAMIAN CAPOZZOLA
                                        Attorneys for Defendants Super Mold Corporation and
                                        Cable Design Technologies, Inc.
26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW
                                -8-        STIP. TO FURTHER MODIFY DATES (NORTHERN,
                                           WESTERN & SOUTHERN PLUME TRIAL); ORDER;
                                           CASE NO. CIV-S-00-2441 FCD KJM

1  DATED: _____, 2007          BRYDON HUGO & PARKER

2

3                                                              _____

4                                          EDWARD R. HUGO
                                           PAUL BESSETTE
5                                          Attorneys for Defendants Dolores Grace and Connie
                                           DeWalt Scott

6  DATED: _____, 2007          ISOLA & RUIZ, LLP

7                                                              _____
                                           DAVID R. ISOLA
8                                          Attorneys for Defendants Lodi Dodge Chrysler
                                           Plymouth, Inc., Weil Family Trust, Estate of Jack M.
9                                          Weil, Deceased, Wright Motors, Inc., Ehlers Auto,
                                           Theodore H. Rosen (d/b/a Brackett's Garage), Joseph
10                                         K. Newfield and Judith L. Newfield, Ehlers Holding,
                                           Inc. (d/b/a Loren Ehlers Auto Service), Loren Ehlers
11                                         and Mercedes Ehlers, Jerome Bookin, Hazel Houston,
                                           Rand Jeffrey Spraggins and Mildred Phyllis Spraggins,
12                                         Tokay Foundry Corp., a dissolved California
                                           corporation, Jan Odland and Carol Odland, Virgil
13                                         Froemke and Marjorie Froemke, and Hertha
                                           Katzakian, Phil Katzakian, and Lodi Printing Co.

14                                    O R D E R

15          Based on the foregoing Stipulation, except as modified by the court, and good cause

16  existing therefore, IT IS HEREBY ORDERED THAT, the dates set forth in the Fourth Amended

17  Scheduling Order (Northern, Western & Southern Plume Trial) are RESET as follows:

18                                                   Current Date          Proposed Date

19      Discovery Completed                      November 9, 2007       March 7, 2008

20      Disclosure of Expert Witnesses           September 10, 2007     January 11, 2008

21      Expert Discovery Completed               October 30, 2007       March 4, 2008

22      Final Date to Hear Dispositive Motions   January 25, 2008       May 23, 2008

23      Final Pre-trial Conference               April 4, 2008          August 1, 2008
                                                 at 1:30 p.m.           at 1:30 p.m.
24
        Trial                                    June 10, 2008          October 7, 2008
25                                               at 9:00 a.m            at 9:00 a.m

26      IT IS SO ORDERED.

27  DATED:  September 7, 2007                    _____
                                                 FRANK C. DAMRELL, JR.
28                                               UNITED STATES DISTRICT JUDGE

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW                                 -9-

STIP. TO FURTHER MODIFY DATES (NORTHERN,
WESTERN & SOUTHERN PLUME TRIAL); ORDER;
CASE NO. CIV-S-00-2441 FCD KJM