FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>M&P INVESTMENTS, et al.<br><br>Defendants. | Case No. CIV-S-00-2441 FCD KJM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY; ORDER.** |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION FOR EXTENSION TO RESPOND TO
WRITTEN DISCOVERY; ORDER;
CASE NO. CIV-S-00-2441 FCD KJM

WHEREAS Defendant Connie Dewalt Scott served by mail her First Set of Interrogatories, Request for Production of Documents, and Requests for Admissions (the "Discovery Requests") to Plaintiff, the City of Lodi, through its counsel of record, Folger, Levin, and Kahn, on August 27, 2007.

WHEREAS, the City of Lodi and Connie Dewalt Scott ("the parties") have agreed to an extension of time for the City of Lodi to respond to Connie Dewalt Scott's First Set of Interrogatories, Request for Production of Documents, and Requests for Admissions to the City of Lodi to and including October 29, 2007.

WHEREAS, Defendant Connie Dewalt Scott has requested an amendment to a definition contained in the Discovery Requests, as memorialized in Mr. Bessette's letter of September 14, 2007, which is attached hereto as Exhibit A.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the time for the City of Lodi to serve responses to Connie Dewalt Scott's First Set of Interrogatories, Request for Production of Documents, and Requests for Admissions to the City of Lodi is extended to and including October 29, 2007, and the Discovery Requests are deemed amended as shown in Exhibit A.

DATED: September 19, 2007

BRYDON HUGO & PARKER

/s/ Paul Bessette
Paul Bessette
Attorneys for Defendant Connie Dewalt Scott

DATED: September 19, 2007

FOLGER LEVIN & KAHN LLP

/s/ Margaret R. Dollbaum
Margaret R. Dollbaum
Attorneys for Plaintiff City of Lodi

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-2-

STIPULATION FOR EXTENSION TO RESPOND TO WRITTEN DISCOVERY; ORDER; CASE NO. CIV-S-00-2441 FCD KJM

**O R D E R**

Based on the foregoing Stipulation, and good cause existing therefore, Plaintiff City of Lodi shall serve responses to Connie Dewalt Scott's First Set of Interrogatories, Request for Production of Documents, and Requests for Admissions to the City of Lodi on or before October 29, 2007.

DATED: September 26, 2007.

U.S. MAGISTRATE JUDGE

20068\8002\566923.1