UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PEOPLE OF THE STATE OF CALIFORNIA, and CITY OF LODI, CALIFORNIA,

        Plaintiffs,

  v.

M & P INVESTMENTS, a California Partnership, et al.,

        Defendants.
_____/

AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD PARTY CLAIMS AND FOURTH PARTY CLAIMS

NO. CIV. S-00-2441 FCD/JFM

ORDER re MEDIATION

----oo0oo----

    At the request of the mediator, Lester Levy, the court makes the following order:

    All Northern Plume Parties shall attend, in person, a final mediation session at the offices of JAMS, 2 Embarcadero Center,

Suite 1500, San Francisco, CA, 94111, on Tuesday, October 23, 2007, at 11:00 a.m., unless a fully signed and executed settlement agreement is received by the mediator in advance.

IT IS SO ORDERED.

DATED: October 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE