FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
Jolie-Anne S. Ansley (SB# 221526)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>          Plaintiff,<br><br>    v.<br><br>M&P INVESTMENTS, et al.,<br><br>          Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD KJM<br><br>**STIPULATION TO FURTHER MODIFY THE DISCOVERY COMPLETION DATE ESTABLISHED IN THE COURT'S FOURTH AMENDED SCHEDULING ORDER (NORTHERN, WESTERN & SOUTHERN PLUME TRIAL); ORDER** |

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

STIP. TO FURTHER MODIFY DISCOVERY DATE
(NORTHERN, WESTERN & SOUTHERN PLUME TRIAL);
ORDER; CASE NO. CIV-S-00-2441 FCD KJM

1  WHEREAS, on January 26, 2005, the Court issued its Fourth Amended Scheduling Order

2  for the Northern, Western, & Southern Plume Trial establishing discovery and pre-trial deadlines,

3  including a discovery completion date, which was subsequently modified by Order of this Court

4  on August 8, 2006, on December 14, 2006, and on September 7, 2007.

5  WHEREAS, Plaintiff City of Lodi is has finalized settlements with all of the Southern

6  Plume Defendants.

7  WHEREAS, certain Northern Plume Defendants (the Gundershaug parties; Lustre-Cal

8  Nameplate Corporation; the Ackel parties; Wright Motors; the Ehlers parties; the Weil Motors

9  parties; Elizabeth Benson, as Trustee of the Nancy Lee Benson Revocable Living Trust; and Lodi

10  Chrome) and the City of Lodi have concluded joint investigation efforts of the Northern Plume

11  area.

12  WHEREAS, the City of Lodi and Northern Plume Defendants have been engaged in

13  ongoing mediations under the auspices of Court-appointed mediator Lester J. Levy of JAMS.  As

14  a result of these mediations, the City has finalized settlement agreements with many of the

15  Northern Plume Defendants, and has reached tentative settlements with others.  The City believes

16  it will soon achieve a near-global settlement of the Northern Plume and will shortly submit a

17  motion for approval of settlements for at least 14 groups of parties.

18  WHEREAS, the City of Lodi and certain South Central/Western Plume defendants

19  (the Newfield parties, the Lewis parties, the Norge parties, the Service Laundry parties, Harman

20  Managers Investment Ltd., R. Spiekerman, the Bollinger parties, and the Bader parties) have

21  completed joint investigation efforts of the South Central/Western Plume area.

22  WHEREAS, the City of Lodi and South Central/Western Plume Defendants have been

23  engaged in ongoing mediations under the auspices of Court-appointed mediator Lester J. Levy of

24  JAMS.  As a result of these mediations, the City has finalized settlements with certain South

25  Central/Western Plume Defendants, and has reached tentative settlement with others.

26  WHEREAS, the City propounded special interrogatories and requests for production of

27  documents upon the United Dry Cleaners Defendants (the Bookin, Froemke, Houston, Newfield,

28  Odland, and Spraggins Defendants) on February 6, 2008.  The last day for the United Dry

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-  STIP. TO FURTHER MODIFY DISCOVERY DATE
(NORTHERN, WESTERN & SOUTHERN PLUME TRIAL);
ORDER; CASE NO. CIV-S-00-2441 FCD KJM

1  Cleaners Defendants to respond to the City's discovery requests is March 7, 2008.  United Dry
2  Cleaners Defendants have requested an extension of this deadline by at least two weeks.
3       WHEREAS, to allow for the completion of discovery between the United Dry Cleaners
4  parties and the City, and to avoid undue expense by complying with the discovery completion
5  deadline established in the Court's Fourth Amended Scheduling Order (Northern, Western &
6  Southern Plume Trial), the Parties now seek an order pursuant to Federal Rule of Civil
7  Procedure 16(b) modifying and extending the discovery deadline set forth within the Fourth
8  Amended Scheduling Order, as previously modified, for four weeks.  The Parties propose the
9  schedule be modified as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Discovery Completed | March 7, 2008 | April 4, 2008 |

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties hereto that the discovery completion deadline established by the Court in the Fourth Amended Scheduling Order (Northern, Western & Southern Plume Trial) may be further modified as set forth above.

DATED:  March ____, 2008          FOLGER LEVIN & KAHN LLP

/s/ Margaret R. Dollbaum
Margaret R. Dollbaum
Attorneys for Plaintiff City of Lodi

DATED:  March ____, 2008          ISOLA & RUIZ, LLP

/s/ F. Doyle Graham
F. DOYLE GRAHAM
Attorneys for Jerome Bookin, Hazel Houston, Rand Jeffrey Spraggins and Mildred Phyllis Spraggins, Jan Odland and Carol Odland, Virgil Froemke and Marjorie Froemke, Lodi Dodge Chrysler Plymouth, Inc., Weil Family Trust, Estate of Jack M. Weil, Deceased, Wright Motors, Inc., Ehlers Auto, Theodore H. Rosen (d/b/a Brackett's Garage), Joseph K. Newfield and Judith L. Newfield, Ehlers Holding, Inc. (d/b/a Loren Ehlers Auto Service), Loren Ehlers and Mercedes Ehlers, Tokay Foundry Corp., a dissolved California corporation, and Hertha Katzakian, Phil Katzakian, and Lodi Printing Co.

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-3-   STIP. TO FURTHER MODIFY DISCOVERY DATE (NORTHERN, WESTERN & SOUTHERN PLUME TRIAL); ORDER; CASE NO. CIV-S-00-2441 FCD KJM

**O R D E R**

Based on the foregoing Stipulation, and good cause existing therefore, IT IS HEREBY ORDERED THAT, the discovery completion date set forth in the Fourth Amended Scheduling Order (Northern, Western & Southern Plume Trial) is modified to the date listed above in the Stipulation to Further Modify the Discovery Completion Date Established in the Court's Fourth Amended Scheduling Order (Northern, Western & Southern Plume Trial).

IT IS SO ORDERED.

DATED: March 7, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-4-

STIP. TO FURTHER MODIFY DISCOVERY DATE
(NORTHERN, WESTERN & SOUTHERN PLUME TRIAL);
ORDER; CASE NO. CIV-S-00-2441 FCD KJM