UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M&P INVESTMENTS, et al.<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD KJM<br><br>**ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS, INDEMNITY, AND OTHER CLAIMS PURSUANT TO THE UNIFORM COMPARATIVE FAULT ACT AND FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER CALIFORNIA LAW [CALIFORNIA CODE OF CIVIL PROCEDURE § 877.6]** |

　　　　The City of Lodi (the "City") and defendant Randtron have reached final settlement of this matter.  After consideration of the City's Motion for Order Approving Settlement and Barring Contribution, Indemnity, and Other Claims pursuant to the Uniform Comparative Fault Act and for Determination of Good Faith Settlement under California Law ("Motion"), Randtron's Joinder and the various statements of non-opposition thereto, and the record as a whole, the Court finds that the settlement, as embodied in the Settlement Agreement and Mutual Release ("Settlement Agreement"), set forth in Exhibit 1 to the Declaration of Margaret Dollbaum in

Support of the City's Motion, was made in good faith within the meaning of California Code of Civil Procedure section 877.6, and is fair, reasonable, and consistent with the purposes of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, *et seq*.

The matter having been briefed and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERD that the City's Motion is GRANTED.  IT IS FURTHER ORDERED that:

1. The Settlement Agreement is hereby approved as a good faith settlement.

2. Section 6 of the Uniform Comparative Fault Action ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purpose of determining the legal effect of the Settlement Agreement.

3. The Court further finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of Sections 877 and 877.6 of the California Code of Civil Procedure.

4. Pursuant to Section 6 of the UCFA and Section 877.6 of the California Code of Civil Procedure, any and all claims for contribution or indemnity against Randtron arising out of the facts alleged in the Fourth Amended Complaint in this action filed by the City, and as further identified and provided for in the Settlement Agreement, the terms of which are incorporated herein, regardless of when such claims asserted or by whom, are barred.  Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law.

5. Pursuant to Section 6 of the UCFA and Section 877.6 of the California Code of Civil Procedure, any and all claims for contribution or indemnity against the City arising out of the facts alleged in the Fourth Amended Complaint in this action filed by the City, and as further identified and provided for in the Settlement Agreement, the terms of which are incorporated herein, regardless of when such claims asserted or by whom, are barred.  Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law.

6. All claims asserted by the City against Randtron are hereby dismissed with prejudice.

7. All claims asserted by Randtron against the City are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE