1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CITY OF LODI, CALIFORNIA,                Case No. CIV-S-00-2441 FCD KJM

12              Plaintiff,                    **ORDER APPROVING NORTHERN
                                             PLUME SETTLEMENTS AND BARRING
13        v.                                  CONTRIBUTION CLAIMS, INDEMNITY,
                                             AND OTHER CLAIMS PURSUANT TO
14   M&P INVESTMENTS, et al.                  CERCLA, THE UNIFORM
                                             COMPARATIVE FAULT ACT AND FOR
15              Defendants.                   DETERMINATION OF GOOD FAITH
                                             SETTLEMENT UNDER CALIFORNIA
16                                            LAW [CALIFORNIA CODE OF CIVIL
                                             PROCEDURE § 877.6]**
17

18   AND RELATED CROSS-CLAIMS,
     COUNTERCLAIMS, THIRD-PARTY
19   CLAIMS AND FOURTH-PARTY
     CLAIMS.
20

21        The City of Lodi (the "City") and defendants Ackel Investment Co., a dissolved California

22   corporation; Northridge Mills, Inc., a California corporation; Charles R. Ackel; William Ackel, as

23   Trustee of the Trust under the Will of August A. Ackel; William Ackel, as Trustee of the Norma

24   Ackel Trust UAD 12/14/1988; William Ackel, as Administrator of the Estate of Norma Ackel,

25   Deceased; Belden CDT Networking, Inc., a Washington corporation, successor in interest to

26   Super Mold Corporation, Intercole Subsidiary, Inc., Intercole Automation, Inc., Intercole Inc.,

27   and Cable Design Technologies Inc.; Melvin Duane Roush; Robert L. Griffin; Geraldine Griffin;

28   Janet Griffin Yarbrough; Linda Griffin Hernandez; Beth Griffin Latta; David E. Worfolk; and

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

ORDER APPROVING
NORTHERN PLUME SETTLEMENTS;
CASE NO. CIV-S-00-2441 FCD/KJM

Stefan I. Sekula[1]; Cain Electrical Works; Ida P. Weber; Estate of Herman C. Weber, Deceased; Ehlers Auto; Ehlers Holding, Inc. d/b/a Loren Ehlers Auto Services; Loren Ehlers; Mercedes Ehlers; Elizabeth Nugent, as Trustee of the Nancy Lee Benson Revocable Living Trust; Reginald Mason; Reginald Mason dba Lodi Chrome; Reggie Mason dba Lodi Chrome; Lodi Chrome Company; Lodi Chrome, Inc.; The Larsson Family Trust, dated May 23, 1996; Douglas A. Larsson; and Susan L. Larsson[2]; Lodi Dodge Chrysler Plymouth, Inc., a California Corporation; the Weil Family Trust; the Estate of Jack M. Weil, Deceased; Lustre-Cal Nameplate Corporation, a California Corporation; Preszler Electric & Pump Service; Richard Preszler; Service Laundry & Dry Cleaners; James Babcock; Thomas Gundershaug; Gundershaug Electric Co.; the Estate of Norval Gundershaug, Deceased; Wright Motors, a California Corporation; Kayser-Roth Corporation; San Joaquin Sulphur Company; Ralph A. Burlington; Bruce A. Burlington; Norma J. Burlington; Lodi Printing Co., a California Corporation; Phil Katzakian; and Hertha Katzakian (the "Northern Plume Defendants") have reached final settlements of this matter.

After consideration of the City's Motion for Order Approving Northern Plume Settlements and Barring Contribution Claims, Indemnity, and Other Claims Pursuant to CERCLA, the Uniform Comparative Fault Act and for Determination of Good Faith Settlement Under California Law [California Code of Civil Procedure § 877.6] ("Motion"), the Northern Plume Defendants' Joinder thereto, the various statements of non-opposition, and the record as a whole, the Court finds that the settlements, as embodied in the Settlement Agreement and Mutual Releases ("Settlement Agreements"), set forth in Exhibits "A" through "O" to the Declaration of Margaret Dollbaum in Support of the City's Motion, were made in good faith within the meaning of California Code of Civil Procedure section 877.6, and are fair, reasonable, and consistent with the purposes of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, *et seq.*

---

[1] Melvin Duane Roush, Robert L. Griffin, Geraldine Griffin, Janet Griffin Yarbrough, Linda Griffin Hernandez, Beth Griffin Latta, David E. Worfolk, and Stefan I. Sekula are not defendants in this action.

[2] The Larssons are not defendants in this action.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

ORDER APPROVING
NORTHERN PLUME SETTLEMENTS;
CASE NO. CIV-S-00-2441 FCD/KJM

The matter having been briefed and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the City's Motion is GRANTED.  IT IS FURTHER ORDERED that:

1.       The Settlement Agreements are hereby approved as good faith settlements.

2.       Section 6 of the Uniform Comparative Fault Action ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purpose of determining the legal effect of the Settlement Agreements.

3.       The Court further finds and determines that the Settlement Agreements have been entered into in good faith within the meaning of sections 877 and 877.6 of the California Code of Civil Procedure.

4.       Pursuant to Section 6 of UCFA and section 877.6 of the California Code of Civil Procedure, any and all claims, including but not limited to claims for contribution or indemnity against the Northern Plume Defendants arising out of the facts alleged in the Fourth Amended Complaint in this action filed by the City, and as further identified and provided for in the Settlement Agreements, the terms of which are incorporated herein, regardless of when such claims were asserted or by whom, are barred.  Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law, provided, however, that the Benson Trust and Lodi Printing are not releasing each other for any claims, common law, statutory or contractual, relating to soil contamination at the Benson Site (as that term is defined in the Settlement Agreement and Mutual Release between the Benson Trust and the City), and this contribution bar does not apply to such claims.

5.       Pursuant to Section 6 of UCFA and section 877.6 of the California Code of Civil Procedure, any and all claims for contribution or indemnity against the City arising out of the facts alleged in the Fourth Amended Complaint in this action filed by the City, and as further identified and provided for in the Settlement Agreements, the terms of which are incorporated herein, regardless of when such claims were asserted or by whom, are barred.  Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

ORDER APPROVING
NORTHERN PLUME SETTLEMENTS;
CASE NO. CIV-S-00-2441 FCD/KJM

6.      All claims asserted by the City against the Northern Plume Defendants are hereby dismissed with prejudice.

7.      All claims asserted by the Northern Plume Defendants against the City are hereby dismissed with prejudice.

8.      The Court dismisses with prejudice, or alternatively bars, any and all claims asserted or which could have been asserted by the City, by any Northern Plume Defendant, by any current owner of property at which any Northern Plume Defendant or its corporate predecessor is alleged to have operated, or by any other party or entity, against the City or any Northern Plume Defendant for any of the matters raised in the City's Fourth Amended Complaint or in the Settlement Agreements, provided, however, that the Benson Trust and Lodi Printing are not releasing each other for any claims, common law, statutory or contractual, relating to soil contamination at the Benson Site (as that term is defined in the Settlement Agreement and Mutual Release between the Benson Trust and the City), and this contribution bar does not apply to such claims.

9.      The Court retains jurisdiction over the Settlement Agreements and any necessary applications for enforcement of its terms may be made by motion.

IT IS SO ORDERED.

DATED: May 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Folger Levin &
Kahn llp
Attorneys At Law

-4-

ORDER APPROVING
NORTHERN PLUME SETTLEMENTS;
CASE NO. CIV-S-00-2441 FCD/KJM