FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
Jolie-Anne S. Ansley (SB# 221526)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff City of Lodi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA, | Case No. CIV-S-00-2441 FCD KJM |
| Plaintiff, | **STIPULATION AND ORDER REGARDING CONTINUING JURISDICTION OVER THE UNITED DRY CLEANERS SETTLEMENT** |
| v. | |
| M&P INVESTMENTS, et al. | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | **Trial Judge:** Frank C. Damrell, Jr. |

WHEREAS Plaintiff City of Lodi ("the City") and Defendants Jerome Bookin, Marjorie Froemke and Virgil Froemke, Hazel O. Houston, Joseph K. Newfield and Judith L. Newfield, Carol Odland and Jan Odland, and Rand Jeffrey Spraggins and Mildred Phyllis Spraggins (the "United Dry Cleaners Defendants") have agreed to a settlement agreement and mutual release in the above-captioned action ("Settlement").

WHEREAS the City and the United Dry Cleaners Defendants are currently engaged in the process of formally documenting the Settlement ("Settlement Agreement").

WHEREAS certain individual United Dry Cleaners Defendants are difficult to locate, and counsel for those defendants is currently employing a private investigator in an attempt to locate them.

WHEREAS the City plans voluntarily to dismiss certain other defendants and vacate the upcoming trial dates in the above-captioned action.

WHEREAS completion of the documentation of the Settlement Agreement may not occur prior to the City vacating the upcoming trial dates.

WHEREAS a term of the Settlement Agreement is that "Upon execution of this Agreement, the United States District Court for the Eastern District of California shall retain jurisdiction over this action for purposes of enforcement of the terms of this Agreement pursuant to California Code of Civil Procedure Section 664.6 or any other similar law in any state or territory of the United States."

WHEREAS the City and the United Dry Cleaners Defendants wish to ensure that this court retains jurisdiction over this action for the purpose of enforcing the Settlement, even if the City vacates the upcoming trial dates before the formal documentation of the Settlement Agreement is completed.

///
///
///
///
///

1   **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, pursuant to
2   Rule 6-144(a) of the Civil Local Rules of this Court, that in the event that all trial dates in the
3   above-captioned matter are vacated, the United States District Court for the Eastern District of
4   California will retain jurisdiction over this action for all purposes including the purpose of
5   enforcement of the terms of the Settlement, including the execution of the Settlement Agreement,
6   between the City and the United Dry Cleaners Defendants pursuant to California Code of Civil
7   Procedure Section 664.6 or any other similar law in any state or territory of the United States.

9   DATED: July 10, 2008             ISOLA LAW GROUP, LLP

11                                    /s/ F. Doyle Graham
                                   _____
12                                 F. Doyle Graham
                                   Attorneys for United Dry Cleaners Defendants

13  DATED: July 15, 2008             FOLGER LEVIN & KAHN LLP

15                                    /s/ Margaret R. Dollbaum
                                   _____
16                                 Margaret R. Dollbaum
                                   Attorneys for Plaintiff City of Lodi

**O R D E R**

Based on the foregoing Stipulation, and good cause existing therefore, the United States District Court for the Eastern District of California shall retain jurisdiction over this action for all purposes, including the purpose of enforcement of the terms of the Settlement, including the execution of the Settlement Agreement, between the City and the United Dry Cleaners Defendants pursuant to California Code of Civil Procedure Section 664.6 or any other similar law in any state or territory of the United States.

IT IS SO ORDERED.

DATED:  July 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE