1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    CITY OF LODI, CALIFORNIA,                    Case No. CIV-S-00-2441 FCD KJM

12                    Plaintiff,                   **ORDER DISMISSING CERTAIN**
                                                   **DEFENDANTS WITH PREJUDICE**
13            v.                                   **UNDER FEDERAL RULE OF CIVIL**
                                                   **PROCEDURE 41(a)(2)**
14    M&P INVESTMENTS, et al.,

15                    Defendants.

16    AND RELATED CROSS-CLAIMS,
      COUNTERCLAIMS, THIRD-PARTY
17    CLAIMS AND FOURTH-PARTY
      CLAIMS.
18

19          Having considered the City's Motion for Order Dismissing Certain Defendants with

20    Prejudice Under Federal Rule of Civil Procedure 41(a)(2), the Declaration of Margaret R.

21    Dollbaum in Support of Motion for Order Dismissing Certain Defendants with Prejudice Under

22    Federal Rule of Civil Procedure 41(a)(2), and the record as a whole, IT IS HEREBY ORDERED

23    that the City's Motion is GRANTED.  IT IS FURTHER OREDERED that:

24          1.     Defendants Robert Spiekerman is hereby dismissed with prejudice.

25          2.     Defendant Dolores Grace is hereby dismissed with prejudice.

26          3.     Defendant Louverna Harrison is hereby dismissed with prejudice.

27          4.     Defendant Siu Yin Kong is hereby dismissed with prejudice.

28          5.     Defendant Lodi Unified School District is hereby dismissed with prejudice.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

ORDER DISMISSING
CERTAIN DEFENDANTS WITH PREJUDICE;
CASE NO. CIV-S-00-2441 FCD KJM

1    6.    Defendant Lodi Avenue Centers Limited Partnership is hereby dismissed with

2  prejudice.

3    7.    Defendant California Pallet Corporation is hereby dismissed with prejudice.

4    8.    Defendant Tokay Foundry Corp. is hereby dismissed with prejudice.

5    9.    Each party is to bear its own costs.

6    **IT IS SO ORDERED.**

7

8  DATED:  August 12, 2008    By _____

9    HON. FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

ORDER DISMISSING
CERTAIN DEFENDANTS WITH PREJUDICE;
CASE NO. CIV-S-00-2441 FCD KJM