UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; and CITY OF LODI, CALIFORNIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>M & P INVESTMENTS, a California Partnership, *et al.*<br><br><br><br><br>　　　　　　　　　　Defendants. | CASE NO. CIV. S-00-2441 FCD JFM<br><br>**ORDER re MEDIATION** |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS, AND FOURTH-PARTY CLAIMS | |

----oo0oo----

At the request of the City of Lodi, the Court makes the following order:

Individuals with full settlement authority as to any insurance policies issued by United States Fidelity &Guaranty Co. (USF&G) and to Charles Ackel; William Ackel, as Trustee of the Trust under the Will of August Ackel; William Ackel as Trustee of the Norma Ackel Trust UAD December 14, 1988 and William Ackel Administrator of the Estate of Normal Ackel, Deceased "Ackel Defendants" and the Ackel Defendants are ordered to attend a return mediation session relative to the above entitled action at the offices of the City of Lodi, 221 W. Pine Street, Lodi, CA 95240 on April 17, 2009 at 10:00 a.m.

The individual(s) commanded to appear by this Order shall be employees with decisional authority to bind these entities and to perform the Settlement previously entered between the City and the Ackel Defendants. The parties need not appear if the payment obligations of the Settlement Agreement have been performed.

IT IS SO ORDERED.

DATED: March 30, 2009

By: /s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE