UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PEOPLE OF THE STATE OF
CALIFORNIA, and CITY OF LODI,
CALIFORNIA,

NO. CIV. S-00-2441 FCD/JFM

          Plaintiffs,

     v.                          <u>MEMORANDUM AND ORDER</u>

M & P INVESTMENTS, a
California Partnership, <u>et
al.</u>,

          Defendants.

_____/

AND RELATED CROSS-CLAIMS,
COUNTERCLAIMS, THIRD PARTY
CLAIMS AND FOURTH PARTY
CLAIMS

----oo0oo----

     This matter is before the court on plaintiff City of Lodi's
(the "City") motion to enforce the settlement agreement among the
City and the Ackel defendants.[1]  Specifically, the City seeks an

---

     [1]   Said defendants are Charles Ackel, an individual,
William Ackel as Trustee of the August Ackel Trust, William Ackel
(continued...)

1   order requiring the Ackel defendants to deliver payment of the

2   agreed upon settlement amount of $250,000 to the City within ten

3   days of the court's order granting the motion.   The City

4   maintains that such an order is warranted because the Ackel

5   defendants have failed to provide said monies by the agreed upon

6   date of June 16, 2008 (which was within 30 days of this court's

7   approval of the parties' settlement agreement on May 16, 2008).

8   The City also seeks an award of $1,680.00 in attorneys' fees

9   incurred in bringing this motion.

10       The Ackel defendants do not oppose the motion and

11   acknowledge their obligation to pay said sum to the City.

12   (Opp'n, filed Oct. 2, 2009 [Docket #3045].)   However, they ask

13   the court to postpone ruling on the motion and order the parties

14   to conduct one final mediation session to permit the Ackel

15   defendants to attempt to resolve the ongoing dispute with their

16   insurer, United States Fidelity and Guaranty Company ("USF&G"),

17   which the Ackel defendants claim is the sole impediment

18   preventing them from complying with the terms of the settlement.

19   The Ackel defendants represent that recent discussions with USF&G

20   suggest that a further mediation session will permit the parties

21   to resolve this issue without the court's involvement.[2]

22

23

24       [1](...continued)
     as Trustee of the Norma Ackel Trust UAD 12/14/1988, and William
25   Ackel as the Administrator of the Estate of Norma Ackel,
     Deceased.
26
         [2]   Previously, on April 17, 2009, at the parties' request,
27   the court ordered the Ackel defendants and USF&G to mediate their
     dispute.   (Order re Mediation, filed April 17, 2009 [Docket
28   #3038].)

2

1    The City opposes any further continuation of the motion, or

2    in the alternative, asks the court to set a deadline for the

3    suggested mediation and direct that the Ackel defendants conduct

4    the mediation at their expense.  (Reply, filed Oct. 5, 2009

5    [Docket #3047].)

6    Considering the Ackel defendants' representation that they

7    believe a further mediation session will resolve the matter short

8    of this court's involvement, the court HEREBY continues the

9    instant motion to November 13, 2009 at 10:00 a.m. in Courtroom 2.

10   The court orders the Ackel defendants to schedule, at their

11   expense, a mediation session with the court appointed mediator in

12   this case, Lester Levy, within 30 days of this order.[3]

13   Individuals with full settlement authority as to the insurance

14   policies issued by USF&G to the Ackel defendants shall attend

15   said mediation session.

16   IT IS SO ORDERED.

17   DATED: October 9, 2009

20   FRANK C. DAMRELL, JR.

21   UNITED STATES DISTRICT JUDGE

26   _____

27   [3]   The court cautions the Ackel defendants that should the
     mediation not resolve the matter and payment not be made on or
     before November 13, 2009, the court may award the City its

28   attorneys' fees incurred in pursuing this motion.