FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (SB# 093725)
M. Kay Martin (SB# 154697)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

D. Stephen Schwabauer (SB# 173567)
City Attorney
City of Lodi, California
221 West Pine Street
Lodi, CA 95240
Telephone: (209) 333-6701
Facsimile: (209) 333-6807

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
Daniel J. O'Hanlon (SB# 122380)
Robert E. Murphy (SB# 040981)
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LODI, CALIFORNIA,<br><br>            Plaintiff,<br><br>     v.<br><br>M&P INVESTMENTS, et al.,<br><br>            Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, THIRD-PARTY CLAIMS AND FOURTH-PARTY CLAIMS. | Case No. CIV-S-00-2441 FCD KJM<br><br>**STIPULATION REQUESTING THAT CITY OF LODI'S MOTION TO ENFORCE ACKEL SETTLEMENT BE VACATED; ORDER**<br><br>Date:      December 11, 2009<br>Time:     9:00 a.m.<br>Dept.:    2<br>Judge:   Frank C. Damrell, Jr. |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION REQUESTING MOTION TO ENFORCE
ACKEL SETTLEMENT BE VACATED; ORDER
CASE NO. CIV-S-00-2441 FCD KJM

Whereas the City of Lodi has moved the Court to enforce its settlement with the Ackel Defendants, and

Whereas the Court on November 19, 2009, issued a Minute Order requesting that the parties file a Stipulation asking the Court to vacate the motion in the event that the matter were resolved, and

Whereas on or about November 24, 2009, the City of Lodi received the settlement payment on behalf of the Ackel Defendants,

The parties hereby request, through their respective counsel, that the Court vacate the pending motion of the City of Lodi to enforce the settlement with the Ackel Defendants.

IT IS SO STIPULATED.

DATED: November 25, 2009                         FOLGER LEVIN & KAHN LLP

                                                /s/
                                        Margaret R. Dollbaum
                                    Attorneys for Plaintiff City of Lodi

DATED: November 25, 2009                         SOMACH, SIMMONS & DUNN

                                                /s/
                                         Michael Vergara
                                    Attorneys for Defendants Ackel

Based upon the foregoing Stipulation, the Court vacates the pending motion to enforce the Ackel settlement.

**IT IS SO ORDERED.**

Dated: December 1, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE